**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Texas__
(State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Cottonwood Financial Ltd.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   Cash Store®

3. **Debtor's federal Employer Identification Number (EIN)**

   7 5 – 2 6 7 1 0 0 1

4. **Debtor's address**

   **Principal place of business**

   2100 W. Walnut Hill Lane
   Number    Street

   Suite 300

   Irving    TX    75038
   City    State    ZIP Code

   _____
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City    State    ZIP Code

5. **Debtor's website (URL)**   www.cashstore.com

Debtor  Cottonwood Financial Ltd._____  Case number (*if known*)_____
       Name

6. **Type of debtor**
   - ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☑ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

     5  2  2  2

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☑ Chapter 11. *Check **all** that apply*:
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

Debtor    Cottonwood Financial Ltd._____    Case number (if known)_____
       Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.  District _____  When _____  Case number _____
                                             MM / DD / YYYY
           District _____  When _____  Case number _____
                                             MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ☒ Yes.  Debtor  See Schedule 1 _____  Relationship  Affiliate _____
            District  Northern District of Texas _____  When  02/25/2024 _____
                                                                           MM / DD / YYYY
            Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

        **Why does the property need immediate attention?** (*Check all that apply.*)

        ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
            What is the hazard? _____

        ☐ It needs to be physically secured or protected from the weather.

        ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

        ☐ Other _____

        **Where is the property?** _____
                                        Number      Street
            _____
            _____   _____   _____
            City                                                                        State         ZIP Code

        **Is the property insured?**

        ☐ No
        ☐ Yes.  Insurance agency _____
              Contact name _____
              Phone _____

---

**Statistical and administrative information**

Debtor    Cottonwood Financial Ltd._____    Case number (if known)_____
         Name

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds** | Check one:<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |
| **14. Estimated number of creditors** | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☑ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/25/2024
            MM / DD / YYYY

✗ /s/ Karen G. Nicolaou_____        Karen G. Nicolaou_____
  Signature of authorized representative of debtor      Printed name

  Title  Chief Restructuring Officer_____

Debtor  Cottonwood Financial Ltd.
        Name

Case number (if known)

18. **Signature of attorney**

✗ /s/ Lydia R. Webb
Signature of attorney for debtor

Date  02/25/2024
      MM / DD / YYYY

Lydia R. Webb
Printed name

Gray Reed
Firm name

1601 Elm Street Suite 4600
Number      Street

Dallas                                                TX        75201
City                                                  State    ZIP Code

(469) 320-6111                                        lwebb@grayreed.com
Contact phone                                         Email address

24083758                                              Texas
Bar number                                            State

**Schedule 1**

Pending Bankruptcy Cases Filed by Debtor and Affiliates of Debtor

        On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case, filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Northern District of Texas (the "**Court**"). A motion will be filed with the Court requesting that the chapter 11 cases of the entities listed below be consolidated for procedural purposes only and jointly administered, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, under the case number assigned to the chapter 11 case of Cottonwood Financial Ltd.

|   | **Debtor** | **Tax ID #** |
|---|---|---|
| 1 | Cottonwood Financial Administrative Service LLC | 26-1367228 |
| 2 | Cottonwood Financial Idaho LLC | 33-1045651 |
| 3 | Cottonwood Financial Ltd. | 75-2671001 |
| 4 | Cottonwood Financial Texas LLC | 75-3069059 |
| 5 | Cottonwood Financial Wisconsin LLC | 26-1367075 |

**Schedule 1 - Page 1**

**WRITTEN CONSENT IN LIEU OF A MEETING
OF THE PARTNERS OF
COTTONWOOD FINANCIAL LTD.**

February 25, 2024

The undersigned sole general partner (the "General Partner") and undersigned limited partners (the "Limited Partners", and together with the General Partner, the "Partners") of Cottonwood Financial Ltd., a Texas limited partnership (the "Partnership"), in lieu of holding a meeting of the Partners, do hereby consent to the adoption of, and do hereby adopt, by written consent, in accordance with the requirements of the Texas Limited Partnership Act, Chapter 153 of the Texas Business Organizations Code and the Partnership's Amended and Restated Limited Partnership Agreement (the "Partnership Agreement"), the following preambles and resolutions (the "Resolutions") and declares them to be in full force and effect as if they were adopted at a regularly scheduled meeting of the Member duly called, noticed and held:

WHEREAS, the Partnership is the sole member of (i) Cottonwood Financial Administrative Services, LLC, a Delaware limited liability company ("Cottonwood FAS"), (ii) Cottonwood Financial Texas, LLC, a Delaware limited liability company ("Cottonwood Texas"), (iii) Cottonwood Financial Idaho, LLC, a Delaware limited liability company ("Cottonwood Idaho"), and (iv) Cottonwood Financial Wisconsin, LLC, a Delaware limited liability company ("Cottonwood Wisconsin" and together with Cottonwood FAS, Cottonwood Texas and Cottonwood Idaho, each a "Company" and collectively, the "Companies");

WHEREAS, the following Resolutions are being adopted by the Partners in the name of and on behalf of the Partnership, acting in its own capacity and in its capacity as the sole member of each of the Companies (such capacities, or to the extent applicable, any subset thereof, being referred to herein as the "Applicable Capacities");

WHEREAS, it has been proposed that the Partnership and the Companies file a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and

WHEREAS, in the opinion of the Partners, in their Applicable Capacities, it is in the best interest of the Partnership and each Company to file a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code.

NOW, THEREFORE, BE IT RESOLVED, that, in the good faith exercise of reasonable business judgment of the Partners, it is desirable and in the best interests of the Partnership and each Company, their creditors, partners, stockholders, and other interested parties that the Partnership and each Company shall be and hereby are authorized to file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code;

RESOLVED, that the General Partner, as an authorized signatory for the Partnership and each Company, and Karen Nicolaou (each, an "Authorized Signatory"), be and hereby are authorized, empowered, and directed, to execute, file, or cause to be filed, deliver, and verify any and all voluntary petitions and amendments thereto under chapter 11 of the Bankruptcy Code

4894-9504-2975

(the "Chapter 11 Cases"), to cause the same to be filed in a court of proper jurisdiction (the "Bankruptcy Court"), and to execute and file or cause to be filed with the Bankruptcy Court all petitions, schedules, lists and other motions, applications, papers, or documents, and to take any and all action necessary or proper to successfully prosecute the Chapter 11 Cases or to obtain necessary relief;

RESOLVED, that Section 10.1 of the Partnership Agreement shall not apply to and is hereby waived with respect to the filing of the Chapter 11 Cases or the sale of all or substantially all of the assets of the Partnership in the Chapter 11 Cases, such that the Partnership shall not be terminated and dissolved as a result of the Chapter 11 Cases or the sale of all or substantially all of the assets of the Partnership in the Chapter 11 Cases;

RESOLVED, that the law firm of Gray Reed & McGraw LLP ("Gray Reed") be and hereby is employed as bankruptcy counsel to represent the Partnership and each Company and assist the Partnership and each Company in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Partnership's and each Company's rights and obligations; and in connection therewith, the Authorized Signatory, with power of delegation, is hereby authorized and directed to execute appropriate agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain Gray Reed's services;

RESOLVED, that HMP Advisory Holdings, LLC d/b/a Harney Partners ("Harney Partners") be and hereby is employed to provide the Partnership and each Company with a Chief Restructuring Officer ("CRO"), who shall be Karen Nicolaou, and such other personnel as may be necessary or appropriate to assist the CRO, provide financial advisory services, and otherwise to represent and assist the Partnership and each Company in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Partnership's and each Company's rights and obligations; and in connection therewith, the Authorized Signatory, with power of delegation, is hereby authorized and directed to execute appropriate agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain Harney Partners' services;

RESOLVED, that the Authorized Signatory, and any employees or agents (including counsel) designated by or directed by the Authorized Signatory (each such designee an "Authorized Designee," and collectively, the "Authorized Designees," and together with the Authorized Signatory, the "Authorized Persons"), be, and each hereby is, authorized and directed to employ any other professionals to assist the Partnership and each Company in carrying out their duties under the Bankruptcy Code; and in connection therewith, the Authorized Persons, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and cause to be filed appropriate applications for authority to retain the services of any other professionals as necessary;

RESOLVED, that, in connection with the commencement of the Chapter 11 Cases, the Authorized Persons are authorized, empowered and directed to (a) borrow and/or receive funds from and undertake any and all related transactions contemplated thereby, including but not limited to seeking approval of a debtor in possession financing order in interim and final form (collectively, the "Financing Transactions"), (b) negotiate, execute, and deliver any and all agreements, instruments, or documents, including without limitation, a debtor in possession

2

financing agreement or a cash collateral agreement, with any party, including existing lenders and sureties, on such terms as may be approved by the Authorized Persons as reasonably necessary for the continuing conduct of affairs of the Partnership and each Company, (c) pay related fees and grant security interests in and liens on some, all, or substantially all of the Partnership's or any Company's assets, as may be deemed necessary by the Authorized Persons, in connection with such borrowings, and (d) initiate and consummate a sale of all, substantially all, or part of the Partnership's or any Company's assets through the Chapter 11 Cases;

RESOLVED, that in addition to the specific authorizations previously conferred upon the Authorized Persons, the Authorized Persons are authorized and empowered, in the name of and on behalf of the Partnership and each Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge and deliver any and all such agreements, certificates, instruments, and other documents as may be necessary, advisable, or desirable to fully carry out and accomplish the purposes of these Resolutions;

RESOLVED, that any and all past actions taken by the Authorized Persons in the name and on behalf of the Partnership or any Company in furtherance of any or all of the preceding Resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects; and

RESOLVED, that these Resolutions may be executed by some or all of the parties hereto on separate counterparts, all of which together shall constitute one and the same instrument.

[*Remainder of Page Intentionally Left Blank*]

IN WITNESS WHEREOF, the undersigned have executed these Resolutions to be effective as of the date first written above.

**General Partner:**

Cottonwood Financial Management, Inc.

By: _____
Name: Trevor L. Ahlberg
Title: President

**Limited Partners:**

_____
Darcy L. Ribman, Trustee of the Darcy L. Ribman 2001 Trust u/a/d October 29, 2001

_____
Trevor L. Ahlberg, Trustee of the Trevor L. Ahlberg 2001 Trust u/a/d October 29, 2001

_____
Darcy L. Ribman, Trustee of the Darcy L. Ribman 1997 Trust u/a/d January 1, 1997

_____
Trevor L. Ahlberg, Trustee of the Trevor L. Ahlberg 1997 Trust u/a/d January 1, 1997

4

4894-9504-2975

IN WITNESS WHEREOF, the undersigned have executed these Resolutions to be effective as of the date first written above.

**General Partner:**

Cottonwood Financial Management, Inc.

By: _____
Name: Trevor L. Ahlberg
Title: President

**Limited Partners:**

*[signature]*
Darcy L. Ribman, Trustee of the Darcy L. Ribman 2001 Trust u/a/d October 29, 2001

_____
Trevor L. Ahlberg, Trustee of the Trevor L. Ahlberg 2001 Trust u/a/d October 29, 2001

*[signature]*
Darcy L. Ribman, Trustee of the Darcy L. Ribman 1997 Trust u/a/d January 1, 1997

_____
Trevor L. Ahlberg, Trustee of the Trevor L. Ahlberg 1997 Trust u/a/d January 1, 1997

4

4894-9504-2975

| Fill in this information to Identify the case: | |
|---|---|
| Debtor Name:   Cottonwood Financial Ltd.<br><br>United States Bankruptcy Court for the:    District of Northern District of Texas<br><br>Case Number (If known): | ☐ Check if this is an amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders                    12/15

A consolidated list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | TRANS UNION LLC<br>555 W ADAMS ST<br>CHICAGO, IL  60661 | CONTACT: DANE MAULDIN, CFO<br>PHONE: (312) 985-2000.<br>DMAULDIN@TRANSUNION.COM | TRADE DEBT | | | | $421,725.95 |
| 2 | GOOGLE INC<br>1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW, CA  94043 | CONTACT: JUSTIN MEEK, FINANCE DIR.<br>PHONE:  (650) 253-0000<br>JCMEEK@GOOGLE.COM | TRADE DEBT | | | | $364,158.89 |
| 3 | VERGENT LMS INC<br>403 LEGACY PARK<br>RIDGELAND, MS  39157 | CONTACT: LISA FREEZE<br>PHONE: (601) 919-2275<br>SALES@VERGENTLMS.COM | TRADE DEBT | | | | $231,157.58 |
| 4 | RING CENTRAL INC<br>20 DAVIS DR<br>BELMONT, CA  94002 | CONTACT: JOHN MARLOW<br>PHONE: (844) 713 8258<br>PARTNERS@RINGCENTRAL.COM | TRADE DEBT | | | | $216,571.41 |
| 5 | NETFORTRIS ACQUISITION CO INC<br>5340 LEGACY DRIVE<br>PLANO, TX  75024 | CONTACT: GRANT EVANS<br>PHONE: (877) 366-2548<br>GRANT.EVANS@NETFORTIS.COM | TRADE DEBT | | | | $195,934.50 |
| 6 | TELETRACK<br>5550-A PEACHTREE PARKWAY<br>NORCROSS, GA  30092 | CONTACT: JOHN J. KELLEY III<br>PHONE: (877) 309-5226 | TRADE DEBT | | | | $154,235.60 |
| 7 | EXPERIAN INFORMATION SOLUTIONS<br>475 ANTON BLVD<br>COSTA MESA, CA  92626 | CONTACT: CRAIG BOUNDY<br>PHONE:  (714) 830-7000<br>CRAIG.BOUNDY@EXPERIAN.COM | TRADE DEBT | | | | $147,829.27 |

Debtor: Cottonwood Financial Ltd.                                            Case Number (if known):

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | MOTIVITY LABS INC<br>222 W LAS COLINAS BLVD<br>STE 755E<br>IRVING, TX 75039 | CONTACT: JOSEPH SUDHEER REDDY THUMMA<br>PHONE: (214) 519-1719<br>INFO@MOTIVITYLABS.COM | TRADE DEBT | | | | $127,496.00 |
| 9 | ICS CORPORATION<br>100 FRIARS BLVD<br>WEST DEPTFORD, NJ 08086 | CONTACT: MATT MAZZONI<br>PHONE: (215) 427-4355<br>MMAZZONI@ICS-CORPORATION.COM | TRADE DEBT | | | | $108,019.10 |
| 10 | LEXISNEXIS RISK DATA MANAGEMEN<br>6601 PARK OF COMMERCE BLVD<br>BOCA RATON, FL 33487 | CONTACT: MIKE WALSH<br>PHONE: (800) 543-6862<br>INFORMATION@LEXISNEXIS.COM | TRADE DEBT | | | | $106,592.15 |
| 11 | KOHN LAW FIRM S.C<br>735 N. WATER ST., SUITE 1300<br>MILWAUKEE, WI 53202 | CONTACT: JASON D. HERMERSMAN<br>PHONE: (414) 276-0435<br>JASON@KOHNLAW.COM | TRADE DEBT | | | | $86,890.50 |
| 12 | MICROSOFT CORPORATION<br>ONE MICROSOFT WAY<br>REDMOND, CA 98052 | CONTACT: AMY HOOD<br>MSFT@MICROSOFT.COM | TRADE DEBT | | | | $84,951.98 |
| 13 | CCI-COTTONWOOD LP<br>500 N CAPITAL OF TEXAS HWY<br>BLDG 1 STE 200<br>AUSTIN, TX 78746 | CONTACT: PAUL D. AGARWAL<br>PHONE: (512) 628-2769<br>DAGARWAL@CAPITALCOMMERCIAL.COM | TRADE DEBT | | | | $75,822.75 |
| 14 | THE STEWART ORGANIZATION INC<br>2300 GATEWAY DR<br>IRVING, TX 75063 | CONTACT: SARA MOSS<br>PHONE: (713) 973-5528<br>SARA.MOSS@STEWARTORG.COM | TRADE DEBT | | | | $65,240.34 |
| 15 | FRESHWORKS INC<br>2950 S DELAWARE ST<br>STE 201<br>SAN MATEO, CA 94403 | CONTACT: PAM SERGEEFF<br>PHONE: 855747-6767<br>PAM.SERGEEFF@FRESHWORKS.COM | TRADE DEBT | | | | $58,958.34 |
| 16 | FRINGE BENEFIT GROUP INC<br>11910 ANDERSON MILL RD<br>AUSTIN, TX 78726-1113 | CONTACT: JOHN MALNAR<br>PHONE: 800662-6177<br>JMALNAR@FBG.COM | TRADE DEBT | | | | $56,613.69 |
| 17 | REPAIR NOW LLC<br>5202 GULFPORT DR<br>GARLAND, TX 75043 | CONTACT: TIM BOLEYN<br>PHONE: (214) 668-5985<br>TIMBOLEYN65@YAHOO.COM | TRADE DEBT | | | | $51,065.42 |
| 18 | MICROBILT CORPORATION<br>1640 AIRPORT RD, STE 115<br>KENNESAW, GA 30144 | CONTACT: WALTER WOJCIECHOWSKI<br>PHONE: 800884-4747 | TRADE DEBT | | | | $50,145.83 |
| 19 | ID PROS<br>3021 RIDGE RD<br>STE 292<br>ROCKWALL, TX 75032 | CONTACT: DONNA LUKENBILL<br>PHONE: (512) 576-1117<br>DONNA@IDPROS.NET | TRADE DEBT | | | | $47,455.15 |
| 20 | PROTECTION ONE ALARM MONITORING, INC.<br>1035 N 3RD STREET, STE 101<br>LAWRENCE, KS 68044 | CONTACT: MARK BRIGGER<br>PHONE: (214) 277-7031<br>MBRIGGER@ADT.COM | TRADE DEBT | | | | $39,689.02 |

Debtor: Cottonwood Financial Ltd.                                                                 Case Number (if known):

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 21 | CDW COMPUTER CENTER INC<br>200 N MILWAUKEE AVE<br>VERNON HILLS, IL 60061 | CONTACT: CHRISTINE A LEAHY<br>PHONE: 847371-6090<br>CHRIS.LEAHY@CDW.COM | TRADE DEBT | | | | $39,042.41 |
| 22 | FUGITT INVESTMENTS LLC<br>P.O. BOX 1204<br>COLLEYVILLE, TX 76034 | CONTACT: JAMES W FUGITT<br>PHONE: 469235-0305 | TRADE DEBT | | | | $35,390.00 |
| 23 | TSD SERVICES LTD<br>51 G.S. RAKOVSKI STREET<br>4TH FLOOR<br>TROYAN 5600<br>BULGARIA | CONTACT: GERMAN GACHEVSKI<br>PHONE: +359 2 437 2032<br>OFFICE@TSDSERVICES.COM | TRADE DEBT | | | | $33,181.68 |
| 24 | RESOLVION<br>10815 DAVID TAYLOR DRIVE, SUITE 250<br>CHARLOTTE, NC 28262 | CONTACT: BILL GREEN<br>PHONE: 866606-7007<br>BILL.GREEN@RESOLVION.COM | TRADE DEBT | | | | $30,841.12 |
| 25 | STAPLES INC<br>500 STAPLES DR<br>FRAMINGHAM, MA 01702 | CONTACT: LORI WHITE<br>PHONE: (888) 438-4773<br>LORI.WHITE@STAPLES.COM | TRADE DEBT | | | | $25,496.80 |
| 26 | NEC FINANCIAL SERVICES LLC<br>250 PEHLE AVENUE<br>SUITE 203<br>SADDLE BROOK, NJ 07663-5806 | CONTACT: HERSCHEL SALAN<br>PHONE: (800) 451-5361<br>HERSCHEL.SALAN@NECLEASE.COM | TRADE DEBT | | | | $23,050.50 |
| 27 | MICROSOFT ONLINE INC<br>6100 NEIL ROAD, SUITE 100<br>RENO, NV 89511 | CONTACT: KRISTEN BRYAN<br>COMSTRAT@MICROSOFT.COM | TRADE DEBT | | | | $19,103.84 |
| 28 | ACCESS INFORMATION HOLDINGS LLC<br>DBA ACCESS INFORMATION PROTECTED<br>6818 PATTERSON PASS RD SUITE A<br>LIVERMORE, CA 94550 | CONTACT: MELISSA KOLDZIEJ<br>PHONE: 925461-5352<br>MELISSA.KOLODZIEJ@ACCESSCORP.COM | TRADE DEBT | | | | $18,887.69 |
| 29 | CAREER BUILDER LLC<br>13047 COLLECTION CENTER DR<br>CHICAGO, IL 60693 | CONTACT: JEFF FURMAN<br>JEFF.FURMAN@CAREERBUILDER.COM | TRADE DEBT | | | | $17,512.29 |
| 30 | SOLUTIONS BY TEXT LLC<br>15455 DALLAS PARKWAY<br>SUITE 600<br>DALLAS, TX 75001 | CONTACT: DAVID BAXTER<br>PHONE: (800) 979-1212<br>DBAXTER@SOLUTIONSBYTEXT.COM | TRADE DEBT | | | | $16,237.50 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| In re:                      | Chapter 11 |
|                             |            |
| **COTTONWOOD FINANCIAL LTD.,** | Case No.   |
|                             |            |
|                     Debtor. |            |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following are the debtor's equity security holders:

| Name and Address of Equity Holders | Kind/Class of Interest | Percentage of Equity Held |
|---|---|---|
| Darcy Lynn Ribman 1997 Trust<br>2100 W. Walnut Hill Lane, Suite 300<br>Irving, TX 75038 | Limited Partner | 30.493% |
| Trevor Lee Ahlberg 1997 Trust<br>2100 W. Walnut Hill Lane, Suite 300<br>Irving, TX 75038 | Limited Partner | 30.493% |
| Trevor Lee Ahlberg 2001 Trust<br>2100 W. Walnut Hill Lane, Suite 300<br>Irving, TX 75038 | Limited Partner | 24.614% |
| Darcy Lynn Ribman 2001 Trust<br>2100 W. Walnut Hill Lane, Suite 300<br>Irving, TX 75038 | Limited Partner | 8.382% |
| Cargill Lakes Partners, Ltd.<br>2100 W. Walnut Hill Lane, Suite 300<br>Irving, TX 75038 | Limited Partner | 1.801% |

1

| | | |
|---|---|---|
| Vince Ackerson<br>2100 W. Walnut Hill Lane, Suite 300<br>Irving, TX 75038 | Limited Partner | 1.801% |
| Gateway Financial LLC<br>2100 W. Walnut Hill Lane, Suite 300<br>Irving, TX 75038 | Limited Partner | 1.393% |
| Cottonwood Financial Mgmt., Inc.<br>2100 W. Walnut Hill Lane, Suite 300<br>Irving, TX 75038 | General Partner | 1.025% |

1

**List of Equity Holders - Page 2**

**Fill in this information to identify the case and this filing:**

Debtor Name  Cottonwood Financial Ltd.

United States Bankruptcy Court for the: Northern   District of Texas
(State)

Case number (*If known*): _____

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❑ *Schedule H: Codebtors* (Official Form 206H)
- ❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❑ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration  List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/25/2024           ✗ /s/ Karen G. Nicolaou_____
MM / DD / YYYY                Signature of individual signing on behalf of debtor

                    Karen G. Nicolaou_____
                    Printed name

                    Chief Restructuring Officer_____
                    Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**