Jason S. Brookner (TX Bar No. 24033684)
Aaron M. Kaufman (TX Bar No. 24060067)
Lydia R. Webb (TX Bar No. 24083758)
**GRAY REED**
1601 Elm Street, Suite 4600
Dallas, TX 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332
Email: jbrookner@grayreed.com
akaufman@grayreed.com
lwebb@grayreed.com

*Proposed Counsel to the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| COTTONWOOD FINANCIAL LTD., *et al.*,[1] | § | Case No. 24-80035 (SWE) |
| Debtors. | § | (Joint Administration Requested) |

**NOTICE OF FILING OF FIRST DAY HEARING DEMONSTRATIVE**

**PLEASE TAKE NOTICE** that attached to this Notice as **Exhibit A** is a demonstrative for the first day matters scheduled for hearing on February 29, 2024 at 9:00 A.M. Central Time (the "First Day Hearing Demonstrative").

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtors' federal tax identification number are as follows: Cottonwood Financial Ltd. (1001); Cottonwood Financial Administrative Services, LLC (7228); Cottonwood Financial Texas, LLC (9059); Cottonwood Financial Idaho, LLC (5651); Cottonwood Financial Wisconsin, LLC (7075). The Debtors' principal offices are located at 2100 W Walnut Hill Lane, Suite 300, Irving, TX 75038.

Respectfully submitted this 28th day of February, 2024.

**GRAY REED**

By: */s/ Lydia R. Webb*
Jason S. Brookner (TX Bar No. 24033684)
Aaron M. Kaufman (TX Bar No. 24060067)
Lydia R. Webb (TX Bar No. 24083758)
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332
Email: jbrookner@grayreed.com
akaufman@grayreed.com
lwebb@grayreed.com

*Proposed Counsel to the Debtors and Debtors in Possession*

**Certificate of Service**

I certify that on February 28, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Lydia R. Webb*
Lydia R. Webb

**Exhibit A**

**First Day Hearing Demonstrative**

GRAY REED®

# In re Cottonwood Financial Ltd., *et al.*

The Honorable Scott W. Everett

Case No. 24-80035

February 29, 2024

Document Page 5 of 23

# DEBTORS' PROPOSED ADVISORS

GRAY REED

HARNEY
PARTNERS

OPPENHEIMER

GRAY REED
©2024 Gray Reed. All Rights Reserved
2



# COMPANY OVERVIEW

*©2024 Gray Reed. All Rights Reserved*

# CORPORATE STRUCTURE



©2024 Gray Reed. All Rights Reserved



# CASH STORE®

©2024 Gray Reed. All Rights Reserved

# HOW DO THE DEBTORS' CUSTOMERS OBTAIN LOANS?

Step 1 - Start your application online and save time using our short, secure form.

Step 2 - Gather the required documents and bring them with you to a Cash Store location.

Step 3 - Pick up your cash the very same day - no overnight wait!*

GRAY REED

©2024 Gray Reed. All Rights Reserved

# IDAHO & WISCONSIN

Cottonwood is the lender and makes and services loans directly to consumer.

GRAY REED
©2024 Gray Reed. All Rights Reserved



# TEXAS

- In Texas, Cottonwood operates as a CSO and CAB under chapter 393 of the Texas Finance Code.

- TreeMac Funding Group, LLC is the exclusive third-party lender pursuant to the parties’ Brokering and Servicing Agreement.

*©2024 Gray Reed. All Rights Reserved*

# SERVICES PROVIDED BY CSO TO CONSUMER

**Borrower:** "Can you make me a loan?"

**The Cash Store:** "We can help arrange a loan for you, but we are not a lender."

**Borrower:** "What services do you provide?"

**The Cash Store:** "For a fee we will:

- process your application
- provide credit enhancement by issuing a non-bank letter of credit for your account for the benefit of a lender.
- Broker a loan for you from a lender under terms you might not otherwise qualify to receive."

GRAY REED
©2024 Gray Reed. All Rights Reserved

# MAKING THE LOAN

CASH STORE
Borrower seeks assistance from The Cash Store
Borrower
CSO
Borrower wants to borrow money
CSO enhances credit, brokers Loan
Letter of Credit
Application
Loan
Repayment Funds
Lender approves the Borrower's loan application and provides loan to the Borrower
Lender
TreeMac

- At Borrower's request, CSO provides Letter of Credit to enhance Borrower's credit.
- CSO receives repayment funds from Borrower and transmits the funds to Lender

©2024 Gray Reed. All Rights Reserved

# TREEMAC SETTLEMENT PROCESS

GRAY REED
©2024 Gray Reed. All Rights Reserved



# COMPANY DEBT

*©2024 Gray Reed. All Rights Reserved*

# PREPETITION CAPITAL STRUCTURE

## SECURED DEBT

- **Main Street Loan: $26 million**
  - Third Coast Bank (5%)
  - Boston Fed (95%)

## UNSECURED DEBT

- **Bomani Business Lending: $38 million**
  - Subordinated to Main Street Loan
- **Trade Vendors: $4 million**

©2024 Gray Reed. All Rights Reserved



# WHY ARE WE HERE?

©2024 Gray Reed. All Rights Reserved

# EVENTS LEADING TO BANKRUPTCY

- COVID-19
  - Stimulus payments
  - Child tax credit advances
  - Decrease in demand for Cottonwood's loan products
  - Decrease in customers using brick-and-mortar storefronts
  - Increase in competitors' online business
- Regulations in Texas
- Increase in bad debt due to shift in consumer behavior
- Outsized overhead despite store closures
- Default & acceleration of Main Street Loan

*©2024 Gray Reed. All Rights Reserved*

# PREPETITION EFFORTS

- Closing of 44 Cash Stores across the country
- Reduction in workforce of 96 employees
- Engagement of Harney Partners
  - Karen Nicolaou, CRO
- Engagement of Oppenheimer & Co., Inc.
  - Investment banker marketing for potential asset sale

©2024 Gray Reed. All Rights Reserved

# FIRST DAY MOTIONS

| Docket No. | Motion |
|---|---|
| No. 2 | Joint Administration Motion |
| No. 3 | Designation of Complex Case |
| No. 4 | Schedules & Statements Extension Motion |
| No. 5 | Epiq Retention Application |
| No. 6 | Creditor Matrix Motion |
| No. 7 | Tax Motion |
| No. 8 | Insurance Motion |
| No. 9 | Utilities Motion |
| No. 10 | Customer Programs Motion |
| No. 11 | Lease Rejection Motion |
| No. 12 | Cash Management Motion |
| No. 13 | Wages Motion |
| Nos. 48 & 49 | DIP & Cash Collateral Motion |

©2024 Gray Reed. All Rights Reserved

# SECOND DAY RELIEF

- TreeMac Motion to Assume
- Bidding Procedures
- Final DIP Hearing

## Proposed Sale Timeline

| | |
|---|---|
| **March 20, 2024, at 10:00 a.m. (prevailing Central Time)** | Hearing to approve Bidding Procedures |
| **March 26, 2024** | Deadline to serve Bid Packages |
| **April 5, 2024** | Deadline to file list of Potential Assumed Contracts and Cure Notice |
| **April 25, 2024, at 4:00 p.m. (prevailing Central Time)** | Bid Deadline to submit Qualified Bids |
| **April 26, 2024** | Notifications to Qualified Bidders |
| **May 1, 2024** | Deadline to return deposits to non-Qualified Bidders |
| **April 29, 2024, at 10:00 a.m. (prevailing Central Time)** | Auction (if more than one Qualified Bids is received) |
| **April 30, 2024** | Deadline to file Notice of Successful Bidder |
| **May 1, 2024** | Deadline to file Notice of Proposed Sale Order |
| **May 3, 2024** | Deadline to object to Sale Transaction |
| **May 3, 2024** | Deadline for Adequate Assurance Objection or Cure Objection |
| **May 8, 2024** | Deadline to file the Assumed Contract Schedule |
| **May 10, 2024, at __:__ _.m. (prevailing Central Time)** | Sale Hearing, to approve the results of the Auction |

GRAY REED          ©2024 Gray Reed. All Rights Reserved

# EVIDENTIARY SUPPORT

- **First Day Declaration**

  [Docket No. 19]

  – Karen Nicolaou, Chief Restructuring Officer

- **Declaration in support of DIP & Cash Collateral Motion**

  [Docket No. 50]

  – Karen Nicolaou, Chief Restructuring Officer

- **Epiq Declaration**

  [Docket No. 5, Ex. B]

  – Alex Warso, Epiq

- **Amended Witness and Exhibit List**

  [Docket No. 55]

  – Exhibits 1 - 12

GRAY REED

*©2024 Gray Reed. All Rights Reserved*

# FIRST DAY MOTION PRESENTATIONS

©2024 Gray Reed. All Rights Reserved