BTXN 208 (rev. 07/09)

| IN RE: Cottonwood Financial Ltd. | FIRST–DAY MOTIONS (2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 48, 49) | Case # 24−80035−swe11 |
|---|---|---|

**DEBTOR**

## TYPE OF HEARING

| COTTONWOOD FINANCIAL LTD. | *VS* | |
|---|---|---|
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |

| LYDIA WEBB | | |
|---|---|---|
| **ATTORNEY** | | **ATTORNEY** |

## EXHIBITS

DEBTOR'S: 1 AND 12 (SEE ECF DE #55),

2 (ATTACHED AS AN EXHIBIT TO ECF DE #5)

| J. Bergreen | 2/29/2024 | Scott W Everett |
|---|---|---|
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |