**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| COTTONWOOD FINANCIAL LTD, *et al.*,[1] | § | Case No. 24-80035 (SWE) |
| | § | |
| DEBTORS. | § | (Joint Administration Requested) |
| | § | |
| | § | **Ref. Docket Nos. 59-60** |
| | § | |

**<u>CERTIFICATE OF SERVICE</u>**

I, ELLI PETRIS, hereby certify that:

1.  I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 29, 2024, I caused to be served the:

    a.  "Notice of Revised Proposed Order," dated February 28, 2024 [Docket No. 59], (the "Revision Notice"), and

    b.  "Notice of Filing of First Day Hearing Demonstrative," dated February 28, 2024 [Docket No. 60], (the "Demonstrative Notice"),

by causing true and correct copies of the:

    i.  Revision Notice and Demonstrative Notice to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, and

    ii.  Revision Notice to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

*/s/ Elli Petris*
Elli Petris

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtors' federal tax identification number are as follows: Cottonwood Financial Ltd. (1001); Cottonwood Financial Administrative Services, LLC (7228); Cottonwood Financial Texas, LLC (9059); Cottonwood Financial Idaho, LLC (5651); Cottonwood Financial Wisconsin, LLC (7075). The Debtors' principal offices are located at 2100 W Walnut Hill Lane, Suite 300, Irving, TX 75038.

# EXHIBIT A

COTTONWOOD FINANCIAL, LTD., *et al.*, Case No. 24-80035 (SWE)

Email Service List - Core

| Email Address |
| --- |
| aglabrador@ag.idaho.gov |
| asher.bublick@usdoj.gov |
| bruzinsky@jw.com |
| catherine.curtis@wickphillips.com |
| complaints@oag.texas.gov |
| complaints@oag.texas.gov |
| ddienes@thirdcoastssb.com |
| ddienes@thirdcoastssb.com |
| gary.marsh@troutman.com |
| jason.rudd@wickphillips.com |
| jwittenberg@jw.com |
| lisa.l.lambert@usdoj.gov |
| meredyth.a.kippes@usdoj.gov |
| oalaniz@reedsmith.com |

COTTONWOOD FINANCIAL, LTD., et al., Case No. 24-80035 (SWE)

Email Service List - Top30

| Email Address |
| --- |
| dmauldin@transunion.com |
| jcmeek@google.com |
| sales@vergentlms.com |
| partners@ringcentral.com |
| grant.evans@netfortis.com |
| craig.boundy@experian.com |
| info@motivitylabs.com |
| mmazzoni@ics-corporation.com |
| information@lexisnexis.com |
| jason@kohnlaw.com |
| msft@microsoft.com |
| dagarwal@capitalcommercial.com |
| sara.moss@stewartorg.com |
| pam.sergeeff@freshworks.com |
| jmalnar@fbg.com |
| timboleyn65@yahoo.com |
| donna@idpros.net |
| mbrigger@adt.com |
| chris.leahy@cdw.com |
| office@tsdservices.com |
| bill.green@resolvion.com |
| lori.white@staples.com |
| herschel.salan@neclease.com |
| comstrat@microsoft.com |
| melissa.kolodziej@accesscorp.com |
| jeff.furman@careerbuilder.com |
| vmetcalf@kabfm.net |

Electronic Mail Additional Service List

| Email |
| --- |
| lreece@pbfcm.com |
| emccain@pbfcm.com |
| dallas.bankruptcy@lgbs.com |
| tjanak@reedsmith.com |
| lmbkr@pbfcm.com |
| jparsons@mvbalaw.com |
| kstohner@jw.com |
| mstull@jw.com |
| vanaya@jw.com |
| Jason.Starks@traviscountytx.gov |
| edinburgbankruptcy@pbfcm.com |
| mthomas@pbfcm.com |
| tylbkc@pbfcm.com |
| mshriro@singerlevick.com |
| houston_bankruptcy@lgbs.com |
| austin.bankruptcy@lgbs.com |
| sanantonio.bankruptcy@lgbs.com |
| jkathman@spencerfane.com |
| mclontz@spencerfane.com |

**EXHIBIT B**

COTTONWOOD FINANCIAL LTD., *et al.* Case No. 24-80035 (SWE)

Email Service List - Banks

| Email Address |
|---|
| amy.fardella@1stnb.com |
| bbastien@firstcitizensww.com |
| christopherhouston@bokf.com |
| cody.moore@prosperitybankusa.com |
| jessicahamm@umpquabank.com |
| jkwalker@tcbssb.com |
| kristi.wendtland@plainscapital.com |
| kwright@ccf.us |
| rscherer@bankfirst.com |
| steverobertson@anbtx.com |
| tamara.beaty@bmo.com |
| tara.bland@wafd.com |
| dhughes@gnty.com |