Jason S. Brookner (TX Bar No. 24033684)
Aaron M. Kaufman (TX Bar No. 24060067)
Lydia R. Webb (TX Bar No. 24083758)
**GRAY REED**
1601 Elm Street, Suite 4600
Dallas, TX 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332
Email: jbrookner@grayreed.com
akaufman@grayreed.com
lwebb@grayreed.com

*Proposed Counsel to the Debtors
and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| COTTONWOOD FINANCIAL LTD., *et al.*,[1] | § § § | Case No. 24-80035 (SWE) |
| Debtors. | § § § § | (Jointly Administered) |

## NOTICE OF AMENDMENT TO DIP FINANCING

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors and possession have agreed with the DIP Lender to increase the Total DIP Commitment from $7 million to $9 million.[2]

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtors' federal tax identification number are as follows: Cottonwood Financial Ltd. (1001); Cottonwood Financial Administrative Services, LLC (7228); Cottonwood Financial Texas, LLC (9059); Cottonwood Financial Idaho, LLC (5651); Cottonwood Financial Wisconsin, LLC (7075). The Debtors' principal offices are located at 2100 W Walnut Hill Lane, Suite 300, Irving, TX 75038.

[2] Capitalized terms used but not defined herein have the meanings ascribed to such terms in that certain *Interim Order (i) Authorizing the Debtors to (a) Obtain Postpetition Financing and (b) Utilize Cash Collateral, (ii) Granting Liens and Superpriority Administrative Expense Claims, (iii) Granting Adequate Protection, (iv) Modifying the Automatic Stay, (v) Scheduling a Final Hearing, and (vi) Granting Related Relief* [Docket No. 77] (the "Interim DIP Order").

4880-9423-4028

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 4 of the Interim DIP Order, the Debtors believe the increase in the Total DIP Commitment may be a "Material or Adverse DIP Amendment" (as such term is defined in the Interim DIP Order).

Respectfully submitted this 13th day of March, 2024.

<b>GRAY REED</b>

By:   */s/ Lydia R. Webb*
     Jason S. Brookner
     Texas Bar No. 24033684
     Aaron M. Kaufman
     Texas Bar No. 24060067
     Lydia R. Webb
     Texas Bar No. 24083758
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:  (214) 954-4135
Facsimile:  (214) 953-1332
Email:  jbrookner@grayreed.com
      akaufman@grayreed.com
      lwebb@grayreed.com

*Proposed Counsel to the Debtors
and Debtors in Possession*

<b><u>Certificate of Service</u></b>

I certify that on March 13, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

    */s/ Lydia R. Webb*
    Lydia R. Webb