Jason S. Brookner (TX Bar No. 24033684)
Aaron M. Kaufman (TX Bar No. 24060067)
Lydia R. Webb (TX Bar No. 24083758)
**GRAY REED**
1601 Elm Street, Suite 4600
Dallas, TX 75201
Telephone:  (214) 954-4135
Facsimile:  (214) 953-1332
Email:     jbrookner@grayreed.com
           akaufman@grayreed.com
           lwebb@grayreed.com

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| COTTONWOOD FINANCIAL LTD., *et al.*,[1] | § | Case No. 24-80035 (SWE) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGIES,
AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES
OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file their Schedules of Assets and Liabilities (collectively with attachments, the "Schedules") and Statements of Financial Affairs (collectively with attachments, the "Statements," and together with the Schedules, the "Schedules and Statements").  The Schedules and Statements were prepared pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure, and rule 1007-1 of the *Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Texas* by the Debtors with the assistance of their advisors and are unaudited.

These *Global Notes and Statement of Limitations, Methodologies, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtors' federal tax identification number are as follows: Cottonwood Financial Ltd. (1001); Cottonwood Financial Administrative Services, LLC (7228); Cottonwood Financial Texas, LLC (9059); Cottonwood Financial Idaho, LLC ("Cottonwood Idaho") (5651); Cottonwood Financial Wisconsin, LLC ("Cottonwood Wisconsin") (7075).  The Debtors' principal offices are located at 2100 W Walnut Hill Lane, Suite 300, Irving, TX 75038.

(the "Global Notes") pertain to, are incorporated by reference in, and constitute an integral part of the Schedules and Statements. These Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements. To the extent that the Schedules and Statements conflict with these Global Notes, these Global Notes shall control.

The Debtors and their professionals do not and cannot guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of, or caused in whole or in part by, the acts, errors, or omissions in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While diligent and reasonable efforts have been made to provide accurate and complete information in the Schedules and Statements, inadvertent errors or omissions may exist. In no event shall the Debtors or their professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their professionals are advised of the possibility of such damages.

These Global Notes are in addition to any specific notes contained in each Debtor's respective Schedules or Statements. Disclosure of information in one or more Schedules or Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

## Global Notes and Overview of Methodology

1.  ***"As Of" Information Date***. On February 25, 2024 (the "Petition Date"), each Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

    To the best of the Debtors' knowledge, the information provided herein represents the asset and liability data of the Debtors as of the Petition Date, except as otherwise noted. Amounts ultimately realized may vary from net book value (or the applicable value ascribed herein) and such variance may be material. Accordingly, the Debtors reserve all rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

2.  ***Reservations and Limitations.*** Diligent and reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist. The Debtors reserve all rights to: (a) amend and/or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, amending the Schedules and Statements with respect to the description or designation of any claim (each, a "Claim"); (b) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (c) subsequently

4886-7781-6750

designate any Claim as "disputed," "contingent," or "unliquidated;" or (d) object to the extent, validity, enforceability, or priority of any Claim (regardless of whether such Claim is designated in the Schedules and Statement as "disputed," "contingent," or "unliquidated").

Notwithstanding the Debtors' diligent and reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have inadvertently improperly characterized, classified, categorized, designated, or omitted certain items. Accordingly, the Debtors reserve their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

Furthermore, nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including any rights or Claims of the Debtors against any third party or issues involving Claims, substantive consolidation, equitable subordination, recharacterization, or defenses and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.

Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in the above paragraphs, nor shall it otherwise infringe upon the Debtors' rights to amend their Schedules and Statements at any time before these chapter 11 cases are closed, pursuant to Bankruptcy Rule 1009.

3. ***Claims Description.***  Schedules D and E/F permit the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated."

> A claim that is dependent on the realization of some uncertain future event is a "**contingent**" claim.
>
> A claim, or portion of a claim, for which a specific value could not be readily quantified by the Debtor using currently available information is scheduled as "**unliquidated**."
>
> A claim with respect to which the applicable Debtor and the claimant disagree as to the amount owed, whether any amount is owed, or the claim classification, is "**disputed**."

Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.  The Debtors reserve all rights to dispute, or assert offsets or defenses to, any Claim reflected on their Schedules and Statements on any grounds,

including, but not limited to, amount, liability, priority, status, or classification. Additionally, the Debtors expressly reserve all rights to designate such Claims as "disputed," "contingent," or "unliquidated" at a later date. Moreover, listing a Claim does not constitute an admission of liability by the Debtors. The Debtors reserve all rights to amend the Schedules and Statement as necessary and appropriate, including, but not limited to, with respect to Claim description and designation.

4. ***Basis of Presentation***. Information contained in the Schedules and Statements has been derived from the information provided by the Debtors' management. The Schedules and Statements have not been subject to procedures that would typically be applied to financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP") and are not intended to reconcile fully with any financial statements prepared under GAAP. Therefore, combining the assets and liabilities set forth in the Schedules and Statements would result in amounts that are substantially different from financial information that would otherwise be prepared under GAAP. To the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time before the Petition Date. For the avoidance of doubt, nothing contained in the Schedules and Statement is indicative of the Debtors' enterprise value.

5. ***Causes of Action***. Despite making diligent and reasonable efforts to identify all known assets, the Debtors may not have identified or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all rights with respect to any causes of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, at law or in equity, or pursuant to any other theory (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action by the Debtors.

6. ***Book Value***. Except as otherwise indicated, the Debtors, have made a good faith effort to list assets and liabilities based on book values as of the latest close of books and records or, where possible, through the Petition Date. The book values of certain assets may materially differ from their fair market values. Certain assets that have been fully depreciated or that were expensed for accounting purposes either may not appear in the Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not

4886-7781-6750

constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any of the Debtors' rights with respect to such asset.

7.   ***Classifications.***  Listing (a) a claim on Schedule D as "secured," (b) a claim on Schedule E/F as "priority," or (c) a claim on Schedule E/F as "unsecured," or (d) a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to re-characterize or reclassify such Claims, contracts, or leases or to setoff such Claims.

8.   ***Court Orders***.  Pursuant to certain orders of the Bankruptcy Court entered in these chapter 11 cases (the "First Day Orders"), the Debtors were authorized (but not directed) to pay, among other things, certain of the Debtors' ordinary course operational costs and employee compensation.  Accordingly, certain liabilities may have been or may be satisfied in accordance with such First Day Orders and therefore, generally are not listed in the Schedules and Statements.

9.   ***Liabilities***.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.

10.   ***Excluded Assets and Liabilities***.  The Debtors may have excluded immaterial or *de minimis* assets and liabilities.

11.   ***Property Rights.***  Exclusion of certain property from the Schedules and Statements shall not be construed as an admission that such property rights have been abandoned, terminated, assigned, expired by terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain property shall not be construed to be an admission that such property rights have not been abandoned, have not been terminated, or otherwise expired by terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

12.   ***Insiders***.  In instances where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals or entities who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.

The listing or omitting a party as an insider for purposes of the Schedules and Statements is for informational purposes only and is not intended to be, nor should it be, construed as an admission of the legal characterization of such party as an insider for purpose of section 101(31) of the Bankruptcy Code.  Moreover, the Debtors do not take any position with respect to: (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that they are not an "insider" or "affiliate" under applicable law or with respect to any theories of liability or for any other purpose

4886-7781-6750

13.    ***Estimates***.  To prepare and file the Schedules and Statements in accordance with the deadline established in these chapter 11 cases, the Debtors were required to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statement, and the reported amounts of revenues and expenses during the applicable reporting periods.  The Debtors reserve all rights to amend, supplement, or otherwise modify the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

14.    ***Fiscal Year***.  Each Debtor's fiscal year ends on December 31.

15.    ***Currency***.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

16.    ***Executory Contracts and Unexpired Leases***.  Although the Debtors have made diligent attempts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of any contract or lease, or an admission as to the existence or validity of any Claims held by any counterparty to any contract or lease.  Furthermore, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over inclusion may have occurred.

Moreover, nothing in the Schedules and Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease or financing arrangement (including whether any lease or financing arrangement is a true lease, a financing arrangement, or a real property interest), and the Debtors reserve all rights with respect to such issues.

17.    ***Totals***.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown, disputed, contingent, unliquidated, or otherwise Undetermined Amounts, the actual total may be different from the listed total.

18.    ***Unliquidated Claim Amounts.***  Claim amounts that could not be quantified by the Debtors are scheduled as "unliquidated."

19.    ***Undetermined Amounts***.  The description of an amount as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount.

20.    ***Liens.***  Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

21.    ***Confidential Information.***  Pursuant to that certain *Order (I) Authorizing the Debtors to Serve a Consolidated  List of Creditors and a Consolidated List of the 30 Largest Unsecured Creditors, (II) Authorizing the Debtors to Redact Certain Personal Identification Information, (III) Approving the Form and Manner of Notifying Creditors of the Commencement of the Debtors' Chapter 11 Cases, and (IV) Granting Related Relief*

4886-7781-6750

[Docket No. 70] (the "Creditor Matrix Order"), the Bankruptcy Court has authorized the Debtors to redact certain personally identifiable information, such as home addresses of individuals and the names and addresses of the Debtors' customers. To the extent the Debtors believe a claim, name, address, or amount falls under the purview of the Creditor Matrix Order, such information is not included in the Schedules and Statements. The alterations or redactions, if any, are limited only to what the Debtors believe is warranted to comply with the Creditor Matrix Order.

22. **Setoffs.** The Debtors may have incurred setoffs and net payments in the ordinary course of business. Such setoffs and nettings may have occurred due to a variety of transactions or disputes including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, warranties, refunds, and negotiations and/or disputes between Debtors and their customers and/or vendors. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Schedules and Statements. In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware. The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

23. ***Cottonwood Financial Administrative Services, LLC.*** The Debtor Cottonwood Financial Administrative Services, *LLC* ("Cottonwood Financial") is the contracting entity for the majority, if not all, of the contracts with the Debtors. To the extent a contract states that the party is "Cottonwood Financial," the Debtors believe this refer to Cottonwood Financial Administrative Services, LLC. Additionally, although the Debtors' employees are employees of a specific Debtor entity, the employee wages and benefits, including 401k plans are paid by and are administered through Cottonwood Financial. Cottonwood Financial also pays all or the majority of all of the Debtors' respective business expenses.

## Specific Disclosures with Respect to the Debtors' Schedules

1. ***Schedule A/B, Question 2:*** For purposes of these Schedules, the Debtors have listed cash at the Debtors' stores on a consolidated basis for security purposes.

2. ***Schedule A/B, Question 7:*** The Debtors believe that all posted utility deposits have either been refunded or applied to the Debtors' outstanding balances, and no deposits remain. The Debtors reserve all rights to amend the Schedules to the extent that any deposits are identified that have not been refunded or applied to balances.

3. ***Schedule A/B, Question 8:*** Prepayments represent entries from the Debtors' prepayment schedules and may not necessarily represent cash paid out as of the Petition Date.

4. ***Schedule A/B, Questions 64 & 77:*** The Debtors have certain contractual rights under the Brokering and Servicing Agreement with TreeMac. Funding Group, LLC ("TreeMac"). The Debtor Cottonwood Financial Texas, LLC ("Cottonwood Texas") operates as a Credit Services Organization ("CSO") and a licensed Credit Access Business ("CAB") under Texas law. Pursuant to a Brokering and Servicing Agreement with Cottonwood Texas,

7

TreeMac is the exclusive third-party lender for loans brokered by Cottonwood Texas to customers. Cottonwood Texas earns fees at the time a loan is originated, paid from a portion of the loan proceeds, and which are remitted to Cottonwood Texas pursuant to the settlement process with TreeMac in the ordinary course of business. Subsequent fees, including fees Cottonwood Texas earns for maintaining the letter of credit during the term of the loan, are paid to Cottonwood Texas directly by the customer. Cottonwood Texas's revenue from fees for performing its services under the Brokering and Servicing Agreement is scheduled at Schedule A/B question 64.

Further, if a customer defaults on its loan agreement with TreeMac, TreeMac demands payment from Cottonwood Texas under the terms of its individual letter of credit. Once the letter of credit is called, Cottonwood Texas pays TreeMac in full on the loan. Cottonwood Texas is then subrogated to the rights of TreeMac in the loan, and Cottonwood Texas seeks reimbursement from the borrower pursuant to the credit services agreement by and between Cottonwood Texas and the customer. Cottonwood Texas has scheduled this right of collection/reimbursement from the customer at Schedule A/B question 77.

5.    ***Schedule D:***  The Debtors made reasonable, good faith efforts to include all liens on Schedule D, but may have inadvertently omitted an existing lien because of, among other things, the possibility that a lien may have been imposed after Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation. Moreover, the Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.

6.    ***Schedule E/F, Part 1:  Creditors Holding Priority Unsecured Claims***.  The listing of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all rights to dispute the amount and the priority status of any claim on any basis at any time. All claims listed on the Debtors' Schedule E/F are claims arising from tax obligations for which the Debtors may potentially be liable, and which may be subject to ongoing audits or other proceedings.

7.    ***Schedule E/F, Part 2:  Creditors Holding Non-Priority Unsecured Claims***.  The claims listed in Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. Determining the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule E/F. Vendors may have invoiced the Debtors prior to the filing for postpetition services (*i.e.*, annual contracts). Liabilities related to such invoices have been prorated on Schedule E/F to solely reflect the asserted prepetition Claim.

8.    ***Schedule G***. Customer contracts included on Schedule G, if any, are redacted pursuant to the Creditor Matrix Order, which authorizes the Debtors to redact both customer names and addresses.

### Specific Disclosures with Respect to the Debtors' Statements

1.  ***Statement 3***.  Payments to the Debtors' bankruptcy professionals for work related to the bankruptcy are not included in the payments to creditors and are instead included in Statement 11.

2.  ***Statements 4 & 30***.  Business Payments by the Debtors to or on behalf of their respective insiders for expense reimbursements, including credit card vendor payments, travel, meals and entertainment, are included in the amounts listed in Statement 4.

    Due to the nature of the Debtors' business operations, and the sheer number of transfers between and among the Debtors on a daily basis, Statement 4 does not include intercompany transfers between or among Debtors.

3.  ***Statement 7:***  Information is listed, to the best of the Debtors' knowledge and information, regarding current, threatened, or pending litigation involving a Debtor.  The Debtors pursue collections against customers in the ordinary course of the Debtors' business.  Such collection matters have not been included in these Statements.

4.  ***Statement 13***.  In the ordinary course of business, the Debtors sell defaulted customer loans and/or the right to collect on such loans to third-party buyers.  Statement 13 lists such transfers to the extent applicable to each Debtor entity.

5.  ***Statement 17.***  The Debtors' 401k plan is administered under the Debtor Cottonwood Financial Administrative Services, LLC.

6.  ***Statement 21:***  Pursuant to the Brokering and Servicing Agreement by and between Cottonwood Texas and TreeMac Cottonwood Texas brokers and assists customers in obtaining loans from TreeMac.  Cottonwood Texas also collects payments from such customers on behalf of TreeMac.  Cottonwood Texas and TreeMac have established a settlement process whereby funds collected from customers by Cottonwood Texas on behalf of TreeMac are remitted to TreeMac several business days after receipt.  Statement 21 shows the amount collected and held by Cottonwood Texas as of the Petition Date from customers between February 22 and February 25, 2024.

7.  ***Statement 26d:***  In the ordinary course of business, the Debtors regularly provide financial information to regulators, state and federal agencies, and brokers to assist in obtaining and maintaining bonds to meet certain of the Debtors' regulatory requirements.

8.  ***Statement 28.***  Cottonwood Financial Ltd. is the sole member of Cottonwood Financial, Cottonwood Texas, Cottonwood Wisconsin and Cottonwood Idaho.  Cottonwood Financial Management, Inc. is the sole general partner of Cottonwood Financial Ltd. Trevor Ahlberg is President and CEO of Cottonwood Financial Management, Inc.

9.  ***Statement 31***.  The Debtors' income and expenses are consolidated and tax returns for all Debtor entities are filed under Cottonwood Financial Ltd.

4886-7781-6750

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | COTTONWOOD FINANCIAL LTD. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | 24-80035 |

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**    **Summary of Assets**

---

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a.  **Real property:**
        Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| NOT APPLICABLE |
|---|

    1b.  **Total personal property:**
        Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $24,495.88 |
|---|

    1c.  **Total of all property:**
        Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $24,495.88 |
|---|

---

**Part 2:**    **Summary of Liabilities**

---

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

| $26,743,881.44 |
|---|

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206EF)

    3a.  **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

| NOT APPLICABLE |
|---|

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . .

| **+** | $38,162,528.33 |
|---|---|

4.  **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    Lines 2 + 3a + 3b

| $64,906,409.77 |
|---|

| Fill in this information to identify the case: | |
|---|---|
| Debtor | COTTONWOOD FINANCIAL LTD. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | 24-80035 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: CASH AND CASH EQUIVALENTS

**1. DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2. CASH ON HAND**

NONE

**3. CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. | BANK OF TEXAS | CHECKING (OPERATING) | 8712 | $6,671.18 |
| 3.2. | PLAINSCAPITAL BANK | CHECKING | 6124 | $17,774.70 |
| 3.3. | THIRD COAST BANK | CHECKING | 3938 | $50.00 |

**4. OTHER CASH EQUIVALENTS**

NONE

**5 Total of Part 1.**
ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80.

$24,495.88

### Part 2: DEPOSITS AND PREPAYMENTS

**6. DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**
☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

Debtor   COTTONWOOD FINANCIAL LTD.                                    Case number (if known)  24-80035
         (Name)

|  |  | Current value of debtor's interest |
|---|---|---|
| **7.** | **DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS** | |
| | DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT | |
| **8.** | **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| | DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| **9** | **Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | NOT APPLICABLE |

| **Part 3:** | **ACCOUNTS RECEIVABLE** |
|---|---|

**10.   DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| **11.** | **ACCOUNTS RECEIVABLE** | |
| **12** | **Total of Part 3.** CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | NOT APPLICABLE |

| **Part 4:** | **INVESTMENTS** |
|---|---|

**13.   DOES THE DEBTOR OWN ANY INVESTMENTS?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.   MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1** | | |
| NAME OF FUND OR STOCK: | | |

**15.   NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

| Name of entity | % of ownership | |
|---|---|---|
| 15.1. | COTTONWOOD FINANCIAL ADMINSTRATIVE SERVICES, LTD. | 100% | UNKNOWN |
| 15.2. | COTTONWOOD FINANCIAL AUSTIN CSO | 100% | UNKNOWN |
| 15.3. | COTTONWOOD FINANCIAL EXECUTIVE, LLC | 100% | UNKNOWN |
| 15.4. | COTTONWOOD FINANCIAL IDAHO, LLC | 100% | UNKNOWN |
| 15.5. | COTTONWOOD FINANCIAL ILLINOIS, LLC | 100% | UNKNOWN |
| 15.6. | COTTONWOOD FINANCIAL INVESTMENTS, LLC | 100% | UNKNOWN |
| 15.7. | COTTONWOOD FINANCIAL MICHIGAN, LLC | 100% | UNKNOWN |
| 15.8. | COTTONWOOD FINANCIAL NEW MEXICO, LLC | 100% | UNKNOWN |
| 15.9. | COTTONWOOD FINANCIAL TEXAS, LLC | 100% | UNKNOWN |
| 15.10. | COTTONWOOD FINANCIAL UTAH, LLC | 100% | UNKNOWN |
| 15.11. | COTTONWOOD FINANCIAL WISCONSIN, LLC | 100% | UNKNOWN |

**16.   GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

| Debtor | COTTONWOOD FINANCIAL LTD. | | Case number (if known) | 24-80035 |
|---|---|---|---|---|
| | (Name) | | | |

| | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**16.** GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1

DESCRIBE:

**17** Total of Part 4.
ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83.                                    UNDETERMINED

| **Part 5:** | **INVENTORY, EXCLUDING AGRICULTURE ASSETS** |
|---|---|

**18.** **DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☒ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** RAW MATERIALS | | | | |
| **20.** WORK IN PROGRESS | | | | |
| **21.** FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE | | | | |
| **22.** OTHER INVENTORY OR SUPPLIES | | | | |

**23** Total of Part 5.
ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84.                                    NOT APPLICABLE

**24.** **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes    Book value _____    Valuation method _____    Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| **Part 6:** | **FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)** |
|---|---|

**27.** **DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**

☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28.** CROPS—EITHER PLANTED OR HARVESTED | | | | |
| **29.** FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | | |
| **30.** FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)  (OTHER THAN TITLED MOTOR VEHICLES) | | | | |
| **31.** FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED | | | | |

Debtor  COTTONWOOD FINANCIAL, LTD                                    Case number (if known)  24-80035
        (Name)

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 32. | OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6 | | | |

| | | |
|---|---|---|
| 33 | **Total of Part 6.** ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | NOT APPLICABLE |

**34.** **Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative ?
    ☐ No
    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

| **Part 7:** | **OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES** |
|---|---|

**38.** **DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☒ No. Go to Part 8.
☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | OFFICE FURNITURE | | | |
| 40. | OFFICE FIXTURES | | | |
| 41. | OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE | | | |
| 42. | COLLECTIBLES *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |

| | | |
|---|---|---|
| 43 | **Total of Part 7.** ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | NOT APPLICABLE |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| **Part 8:** | **MACHINERY, EQUIPMENT, AND VEHICLES** |
|---|---|

**46.** **DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor    COTTONWOOD FINANCIAL, LTD    Case number (if known)    24-80035

(Name)

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.  AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES**

**48.  WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES**  EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS

**49.  AIRCRAFT AND ACCESSORIES**

**50.  OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)**

| 51 | **Total of Part 8.** ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | NOT APPLICABLE |
|---|---|---|

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:    REAL PROPERTY**

**54.  DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☒ No. Go to Part 10.
☐ Yes. Fill in the information below.

**55.  ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| 56 | **Total of Part 9.** ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | NOT APPLICABLE |
|---|---|---|

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10:    INTANGIBLES AND INTELLECTUAL PROPERTY**

**59.  DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.  PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS**

| 60.1. | TRADEMARK FOR $!; REGISTRATION NO. 2461638 | UNDETERMINED | | UNDETERMINED |
|---|---|---|---|---|

| Debtor | COTTONWOOD FINANCIAL LTD | | Case number (if known) | 24-80035 |
|--------|--------------------------|--|------------------------|----------|
| | (Name) | | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|--|---------------------|--------------------------------------------------------|------------------------------------------|-------------------------------------|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.2. | TRADEMARK FOR CASH ASAP; REGISTRATION NO. 2889456 | UNDETERMINED | | UNDETERMINED |
| 60.3. | TRADEMARK FOR CASH STORE CASH & TITLE LOANS; REGISTRATION NO. 4461158 | UNDETERMINED | | UNDETERMINED |
| 60.4. | TRADEMARK FOR CASH STORE TITLE LOANS & CASH ADVANCES; REGISTRATION NO. 4461159 | UNDETERMINED | | UNDETERMINED |
| 60.5. | TRADEMARK FOR CASH STORE; REGISTRATION NO. 2969462 | UNDETERMINED | | UNDETERMINED |
| 60.6. | TRADEMARK FOR CASH STORE; REGISTRATION NO. 3542978 | UNDETERMINED | | UNDETERMINED |
| 60.7. | TRADEMARK FOR CASH STORE; REGISTRATION NO. 3546856 | UNDETERMINED | | UNDETERMINED |
| 60.8. | TRADEMARK FOR CASH STORE; REGISTRATION NO. 3546857 | UNDETERMINED | | UNDETERMINED |
| 60.9. | TRADEMARK FOR CASH STORE; REGISTRATION NO. 3546858 | UNDETERMINED | | UNDETERMINED |
| 60.10. | TRADEMARK FOR CASH STORE; REGISTRATION NO. 3637952 | UNDETERMINED | | UNDETERMINED |
| 60.11. | TRADEMARK FOR CASHSTORE.COM; REGISTRATION NO. 3896180 | UNDETERMINED | | UNDETERMINED |
| 60.12. | TRADEMARK FOR THE CASH STORE; REGISTRATION NO. 2270955 | UNDETERMINED | | UNDETERMINED |
| 60.13. | TRADEMARK FOR THE CASH STORE; REGISTRATION NO. 2461639 | UNDETERMINED | | UNDETERMINED |
| 60.14. | TRADEMARK FOR YOU'RE CASHWORTHY AT THE CASH STORE; REGISTRATION NO. 2576147 | UNDETERMINED | | UNDETERMINED |
| 60.15. | TRADEMARK FOR YOU'RE CASHWORTHY WITH US; REGISTRATION NO. 2576104 | UNDETERMINED | | UNDETERMINED |
| **61.** | **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| **62.** | **LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| **63.** | **CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| **64.** | **OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| **65.** | **GOODWILL** | | | |
| **66** | **Total of Part 10.** ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | | | UNDETERMINED |

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☒ No
☐ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☒ No
☐ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?
☒ No
☐ Yes

Debtor    COTTONWOOD FINANCIAL LTD    Case number (if known)    24-80035
          (Name)

| Part 11: | ALL OTHER ASSETS |
|---|---|

**70.  DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.  NOTES RECEIVABLE** | |
| DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| **72.  TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)** | |
| DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| **73.  INTERESTS IN INSURANCE POLICIES OR ANNUITIES** | |
| 73.1.    AUTOMOBILE - MSIG SPECIALTY INSURANCE COMPANY USA INC. - POLICY NO. HNO1000257-01 | UNDETERMINED |
| 73.2.    GENERAL LIABILITY - THE BURLINGTON INSURANCE COMPANY - POLICY NO. 820BG08548 | UNDETERMINED |
| 73.3.    PROPERTY - THE NORTH RIVER INSURANCE COMPANY - POLICY NO. 3231034839 | UNDETERMINED |
| 73.4.    UMBRELLA LIABILITY - FEDERAL INSURANCE COMPANY - POLICY NO. 78198991 | UNDETERMINED |
| 73.5.    WORKERS COMPENSATION - ARGONAUT INSURANCE COMPANY - POLICY NO. 92-904-838268-4 | UNDETERMINED |
| 73.6.    WORKERS COMPENSATION - TEXAS MUTUAL WORKERS' COMPENSATION INSURANCE - POLICY NO. 12306660 | UNDETERMINED |
| **74.  CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)** | |
| **75.  OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS** | |
| **76.  TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY** | |
| **77.  OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP | |
| **78  Total of Part 11.** ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | UNDETERMINED |

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.  Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $24,495.88 | |
| **81.  Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| **82.  Accounts receivable.** *Copy line 12, Part 3.* | | |
| **83.  Investments.** *Copy line 17, Part 4.* | UNDETERMINED | |

Debtor    COTTONWOOD FINANCIAL LTD    Case number (if known)    24-80035
(Name)

| | | |
|---|---|---|
| **84.** | **Inventory.** *Copy line 23, Part 5.* | |
| **85.** | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | |
| **86.** | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | |
| **87.** | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | |
| **88.** | **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | N/A |
| **89.** | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED |
| **90.** | **All other assets.** *Copy line 78, Part 11.* + | UNDETERMINED |
| **91.** | **Total.** Add lines 80 through 90 for each column . . . . . . . . . 91a.    $24,495.88    + 91b. | N/A |
| **92.** | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $24,495.88 |

| Fill in this information to identify the case: |
|---|

| Debtor | COTTONWOOD FINANCIAL LTD. |
|---|---|
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | 24-80035 |

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1.    1. **Do any creditors have claims secured by debtor's property?**
      ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules . Debtor has nothing else to report on this form.
      ☒ Yes. Fill in all of the information below.

| Part 1: | List All Creditors with Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1 | **Creditor's name**<br>THIRD COAST BANK<br><br>**Creditor's mailing address**<br>20202 HIGHWAY 59 N<br>SUITE 190<br>HUMBLE, TEXAS  77338<br>USA<br><br>**Creditor's email address**<br>DDIENES@THIRDCOASTSSB.COM<br><br>**Date or dates debt was incurred**<br>12/9/2020<br><br>**Last 4 digits of account number: 5303**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ALL ASSETS<br><br>**Describe the lien**<br>FIRST LIEN LOAN FACILITY<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $26,743,881.44 | UNKNOWN |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      $26,743,881.44

| Fill in this information to identify the case: |
|---|

| Debtor | COTTONWOOD FINANCIAL LTD. |
|---|---|

| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
|---|---|

| Case number (if known) | 24-80035 |
|---|---|

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☒ No. Go to Part 2.
☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).
☐ No.
☒ Yes.

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**

BOMANI BUSINESS LENDING, LLC
C/O WICK PHILLIPS
ATTN: JASON RUDD & CATHERINE CURTIS
3131 MCKINNEY AVENUE, SUITE 500
DALLAS, TX  75204

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBORDINATED NOTE

**Is the claim subject to offset?**
☒ No
☐ Yes

$38,162,528.33

**3.2** **Nonpriority creditor's name and mailing address**

NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONSUMER CLAIM, US DISTRICT COURT OF COLUMBIA - CASE NO. 1:23-CV-00571

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

Debtor  COTTONWOOD FINANCIAL LTD      Case number (if known)  24-80035
         (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|---|---|---|
| **3.3** | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONSUMER CLAIM, WISCONSIN WAUPACA COUNTY CIRCUIT COURT - CASE NO. 2022CV000278<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONSUMER CLAIM, WISCONSIN MILWAUKEE COUNTY CIRCUIT COURT - CASE NO. 19-SC-49193<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a.** | Total claims from Part 1 | **5a.** | **NOT APPLICABLE** |
| **5b.** | Total claims from Part 2 | **5b.**  + | **$38,162,528.33** |
| **5c.** | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | **5c.** | **$38,162,528.33** |

<table>
<tr><td>Fill in this information to identify the case:</td></tr>
</table>

Debtor     COTTONWOOD FINANCIAL LTD.

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF TEXAS

Case number     24-80035
(if known)

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.** **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2.** | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | MULTI-USER SOFTWARE LICENSE AND SUPPORT AGREEMENT | ACCELERATED DATA SYSTEMS INC 5750 DTC PARKWAY STE 145 GREENWOOD VILLAGE, CO  80111 |
| | State the term remaining | 3/17/2024 | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | FIRE-LIFE SAFETY SERVICES AGREEMENT 12-01-2020 | COMMERCIAL FIRE LLC 2465 ST JOHNS BLUFF RD S JACKSONVILLE, FL  32246 |
| | State the term remaining | 12/1/2024 | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | CORPORATE PARTNER PROGRAM AGREEMENT | EAN SERVICES LLC 600 CORPORATE PARK DR SAINT LOUIS, MO  63105-4204 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE ORDER AND AGREEMENT | SWIFTREACH NETWORKS INC 492 OLD CONNECTICUT PATH 2ND FLOOR FRAMINGHAM, MA  01701 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor</td><td>COTTONWOOD FINANCIAL LTD.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>NORTHERN DISTRICT OF TEXAS</td></tr>
<tr><td>Case number<br>(if known)</td><td>24-80035</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1.    Does the debtor have any codebtors?**

☐  No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒  Yes.

**2.    In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* **Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.1   COTTONWOOD FINANCIAL ADMINISTRATIVE SERVICE LLC | 2100 W. WALNUT HILL LANE SUITE 300 IRVING, TX  75038 | THIRD COAST BANK | ☒ D<br>☐ E/F<br>☐ G |
| 2.2   COTTONWOOD FINANCIAL TEXAS LLC | 2100 W. WALNUT HILL LANE SUITE 300 IRVING, TX  75038 | THIRD COAST BANK | ☒ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | COTTONWOOD FINANCIAL LTD. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | 24-80035 |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/29/2024
       MM / DD / YYYY

✗ /s/ KAREN G. NICOLAOU
Signature of individual signing on behalf of debtor

KAREN G. NICOLAOU
Printed name

CHIEF RESTRUCTURING OFFICER
Position or relationship to debtor