Jason S. Brookner (TX Bar No. 24033684)
Aaron M. Kaufman (TX Bar No. 24060067)
Lydia R. Webb (TX Bar No. 24083758)
**GRAY REED**
1601 Elm Street, Suite 4600
Dallas, TX 75201
Telephone:  (214) 954-4135
Facsimile:  (214) 953-1332
Email:   jbrookner@grayreed.com
    akaufman@grayreed.com
    lwebb@grayreed.com

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| COTTONWOOD FINANCIAL LTD., *et al.*,[1] | ) Case No. 24-80035 (SWE) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES SUBJECT TO POSSIBLE ASSUMPTION AND ASSIGNMENT AND PROPOSED CURE AMOUNTS**

**PLEASE TAKE NOTICE** that pursuant to the terms of that certain *Order (A) Approving Bidding Procedures and Certain Bid Protections, (B) Scheduling a Bid Deadline, Auction, and Sale Hearing and Approving the Form and Manner of Notice Thereof, and (C) Approving Cure Procedures and the Form and Manner of Notice Thereof* [Docket No. 151] (the "Bidding Procedures Order"), the above-captioned debtors and debtors in possession (collectively, the "Debtors"), may hold an Auction for the sale of substantially all of their assets on April 29, 2024, at the Dallas office of Gray Reed.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Bidding Procedures Order, the Debtors hereby provide their notice (the "Cure Notice") of proposed cure amounts (each, a "Cure Amount," and collectively, the "Cure Amounts") for all contracts and leases subject to potential assumption and assignment to the successful bidder(s) at Auction.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtors' federal tax identification number are as follows: Cottonwood Financial Ltd. (1001); Cottonwood Financial Administrative Services, LLC (7228); Cottonwood Financial Texas, LLC (9059); Cottonwood Financial Idaho, LLC (5651); Cottonwood Financial Wisconsin, LLC (7075). The Debtors' principal offices are located at 2100 W Walnut Hill Lane, Suite 300, Irving, TX 75038.

4859-4542-8148.1

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** are schedules of the executory contracts and unexpired leases (collectively, the "Potential Assumed Contracts and Leases") that may be included as part of the sale of the Debtors' assets and the proposed Cure Amount for each such lease or contract.

**PLEASE TAKE FURTHER NOTICE** that objections to the Cure Amount proposed by the Debtors must be filed and served by the counterparty (a "Cure Objection") no later than **May 6, 2024** (the "Cure Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that you may request documentation evidencing adequate assurance of future performance from the Successful Bidder ("Adequate Assurance Documentation"). Any request for Adequate Assurance Documentation must (i) be made in writing by email to CWFAdequateAssurance@epiqglobal.com; (ii) contain in the subject line, in all caps, the phrase "REQUEST FOR ADEQUATE ASSURANCE INFORMATION"; and (iii) specify the email address(es) for delivery of such Adequate Assurance Documentation. In the event you make a written request for Adequate Assurance Documentation in strict compliance with these procedures by no later than **April 26, 2024**, then the Debtors shall supply responsive Adequate Assurance Documentation to such contract counterparty by no later than **April 30, 2024**.

**PLEASE TAKE FURTHER NOTICE** that objections to the assumption and assignment of the applicable Potential Assumed Contract on the basis of lack of adequate assurance of future performance under section 365(b)(1) (an "Adequate Assurance Objection") with respect to the Successful Bidder must be filed by **May 6, 2024** (the "Adequate Assurance Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that any Cure Objection or Adequate Assurance Objection must: (a) be in writing, (b) state the basis for such objection with specificity, (c) conform to the Bankruptcy Rules and Local Rules of the Northern District of Texas, (d) be filed so as to be actually on or before the Cure Objection Deadline or Adequate Assurance Objection Deadline, as applicable; and (e) served upon the following persons: (i) counsel to the Debtors, Gray Reed, 1601 Elm Street, Suite 4600, Dallas, TX 75201, Attn: Lydia R. Webb (lwebb@grayreed.com); (ii) counsel to the Prepetition Secured Parties, Jackson Walker LLP, Attn: Bruce Ruzinsky (bruzinsky@jw.com), Ken Stohner (kstohner@jw.com) and Machir Stull (mstull@jw.com); (iii) counsel to the DIP Lender, Wick Phillips LLP, Attn: Jason Rudd (jason.rudd@wickphillips.com) and Catherine Curtis (catherine.curtis@wickphillips.com); (iv) counsel to any statutory committee; and (v) the Office of the United States Trustee for the Northern District of Texas, 1100 Commerce Street, Suite 976, Dallas, TX 75242, Attn: Asher Bublick (asher.bublick@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order, the Cure Amounts set forth in the Cure Notice shall be binding on all parties unless an objection thereto is timely filed and served. If an objection to the assumption and assignment of the Potential Assumed Contracts and Leases or to the Cure Notice and any Cure Amount cannot be resolved consensually among the parties, the Court will set a hearing to determine such matters as soon thereafter as is practicable, and the Debtors are permitted to give notice only to the objecting party and those parties who have filed a notice of appearance. The failure to timely file

4859-4542-8148.1

and serve an objection shall be deemed consent to the assumption and assignment of the Potential Assumed Contracts and Leases and to the Cure Amounts, and any and all objections thereto shall be deemed forever released and waived.

**PLEASE TAKE FURTHER NOTICE** that the inclusion of any contracts or leases on **Exhibit A** hereto shall not constitute or be deemed to be a determination or admission by the Debtors that such document is, in fact, an executory contract or unexpired lease within the meaning of the Bankruptcy Code (all rights with respect thereto being expressly reserved).

**PLEASE TAKE FURTHER NOTICE** that copies of pleadings related to the proposed sale(s), including the Bidding Procedures Order approved by the Bankruptcy Court, are available (for free) on the Debtors' Notice Agent website at https://dm.epiq11.com/CottonwoodFinancial, or (for a fee) on the Bankruptcy Court's website at http://ecf.txnb.uscourts.gov/.

Respectfully submitted this 5th day of April, 2024.

**GRAY REED**

By: *Lydia R. Webb*
Jason S. Brookner (TX Bar No. 24033684)
Aaron M. Kaufman (TX Bar No. 24060067)
Lydia R. Webb (TX Bar No. 24083758)
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332
Email: jbrookner@grayreed.com
akaufman@grayreed.com
lwebb@grayreed.com
*Proposed Counsel to the Debtors*
*and Debtors in Possession*

**Certificate of Service**

I certify that on April 5, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Lydia R. Webb*
Lydia R. Webb

4859-4542-8148.1

**Cottonwood Financial Ltd., et al.**
Schedule of Proposed Contract Cure Costs

| Debtor | Debtor Case | Contract Description | Term Remaining | Contract Counterparty | Cure Amount |
|---|---|---|---|---|---|
| Cottonwood Financial Administrative Services, LLC | 24-80036 | REAL PROPERTY LEASE: CORPORATE OFFICES II (GATEWAY DRIVE) | 5/31/2025 | 1901 GATEWAY HOLDINGS LLC | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | CONTRACT FOR SECURITY SERVICES DATED 7-26-22 | 8/29/2024 | 24&7 SECURITY INVESTIGATIONS, INC | $ 4,016.90 |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MASTER LEASE AGREEMENT FOR 2019 4XG AT 20 LOCATIONS TX | CURRENT | 3SI SECURITY SYSTEMS INC | $ 4,870.23 |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MASTER LEASE AGREEMENT DATE 4-10-2018 FOR 10 LOCATIONS ESP TX LEASE 2 | CURRENT | 3SI SECURITY SYSTEMS INC | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | CARTON MANAGEMENT AND STORAGE AGREEMENT | 3/1/2024 | ACCESS CORPORATE | $ 14,202.43 |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | ADOBE SIGN ENTERPRISE SERVICES AGREEMENT | 4/20/2024 | ADOBE INC | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | EQUIPMENT LEASE AGREEMENT | 4/11/2024 | ASI LEASING | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | PAYLIANCE ACH CLIENT AGREEMENT (& AMENDMENTS) | 6/14/2024 | BBM ALLIANCE LLC | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | DATABASE LICENSE AGREEMENT | 7/1/2024 | BLACK BOOK | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | HEALTH & BENEFITS | CURRENT | BLUE CROSS AND BLUE SHIELD OF TEXAS | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | DIALER PHASE 1 AND 2 | 6/19/2024 | CALL SOLUTIONS USA | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MANAGED SERVICES AGREEMENT | 10/16/2024 | CALL SOLUTIONS USA | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | ADVERTISING SERVICES AGREEMENT | 8/29/2024 | CAREER BUILDER LLC | $ 16,742.52 |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | REAL PROPERTY LEASE: CORPORATE OFFICES I (WALNUT HILL LANE) | 3/31/2027 | CCI-COTTONWOOD LP | $ 75,822.75 |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | DAYFORCE MASTER SERVICES AGREEMENT | 3/31/2025 | CERIDIAN | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MASTER AGREEMENT | 5/14/2024 | CONNECTWISE INC | $ 7,791.72 |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | REPOSSESSION SERVICES AGREEMENT V5.0.1 | 1/12/2025 | CONSOLIDATED ASSET RECOVERY SYSTEM INC | $ 50.00 |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | VEHICLE AUCTION AGREEMENT | 3/7/2024 | COPART, INC. | $ 136.65 |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MASTER SERVICES AGREEMENT | 5/7/2024 | DIALEXA LLC | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | PAYMENT DEVICE PROCESSING AGREEMENT | 6/1/2024 | ELAVON | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | EVERCHAIN DEBT SALE MANAGEMENT SERVICES AGREEMENT EXE 08.18.23 | 8/18/2024 | EVERCHAIN LLC | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | EXPERIAN STANDARD TERMS AND CONDITIONS | 5/27/2024 | EXPERIAN INFORMATION SOLUTIONS | $ 158,757.82 |

| Debtor | Debtor Case | Contract Description | Term Remaining | Contract Counterparty | Cure Amount |
|---|---|---|---|---|---|
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MASTER SOLUTIONS AGREEMENT DATED 8/15/2022 | CURRENT | FARR GROUP HOLDINGS LLC | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MANAGED CYBERSECURITY SERVICES SOW DATED 8/15/2022 | CURRENT | FARR GROUP HOLDINGS LLC | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | RISC SOLUTIONS AGREEMENT | CURRENT | FIDELITY NATL INFORMATION SERVICES INC | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | COTTONWOOD SOFSOW & TERMS OF SERVICE | 1/6/2026 | FRESHWORKS INC | $ 7,550.52 |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MASTER SUBSCRIPTION AGREEMENT DATED 9/27/2018 | 9/27/2024 | FULLSTORY INC | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | DATAVIEW360 SOFTWARE LICENSE AND SUPPORT AGREEMENT | CURRENT | GDS LINK LLC | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | COLLECTION AGENCY AGREEMENT | 3/31/2024 | GLASS MOUNTAIN CAPITAL LLC | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | CCG_AGENCY AGREEMENT 2023/2024 | 3/31/2024 | GREETING TEAM, LLC | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | GENERAL CONTRACT FOR SERVICES | 5/6/2024 | HIGH COTTON | $ 11,806.95 |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | ICIMS RENEWAL AGREEMENT 2023 - 2026 | 6/14/2026 | ICIMS INC | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | ICIMS CAREER SITE-CRM AGREEMENT 2023-2026 | 6/14/2026 | ICIMS INC | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MASTER SERVICES AGREEMENT DATED 5/16/2022 | 5/18/2024 | ICS CORPORATION | $ 240,341.96 |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MASTER SERVICES AGREEMENT DATED 3/29/2018 | 3/29/2024 | ICS CORPORATION | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MASTER LICENSE AND SERVICES AGREEMENT | 10/5/2024 | IMPERVA INCAPSULA INC. | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | INFOR RENEWAL AGREEMENT 2023-2026 AND SUBSCRIPTION LICENSE AND SERVICES AGREEMENT | 6/30/2026 | INFOR (US), INC. | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | CONTENT MANAGEMENT | 7/29/2024 | KENTICO SOFTWARE LLC | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | COLLECTION AGENCY AGREEMENT 2023/2024 | 3/31/2024 | KOHN LAW FIRM S.C | $ 111,328.52 |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | LN FCRA APPLICATION & AGREEMENT | 8/1/2024 | LEXISNEXIS RISK DATA MANAGEMENT INC | $ 118,226.78 |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | COTTONWOOD - LINKEDIN 2021 - 2024 CONTRACT | 9/4/2024 | LINKEDIN CORPORATION | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MICROBILT USER LICENSE AGREEMENT | 8/9/2024 | MICROBILT CORPORATION | $ 67,188.03 |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MIMEO CUSTOMER SERVICES AGREEMENT EXECUTED 3.9.20 | 3/2/2024 | MIMEO | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MASTER SERVICE AGREEMENT | 7/29/2024 | MODUS DIRECT | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MASTER SERVICE AGREEMENT | CURRENT | MONSTER WORLDWIDE INC | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MASTER SERVICES AGREEMENT & VARIOUS SOW | CURRENT | MOTIVITY LABS INC | $ 161,840.00 |

| Debtor | Debtor Case | Contract Description | Term Remaining | Contract Counterparty | Cure Amount |
|---|---|---|---|---|---|
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MASTER INSTALLMENT PAYMENT AGREEMENT | CURRENT | NEC FINANCIAL SERVICES, LLC | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | INFORMATION SERVICES SUPPLEMENT | CURRENT | NETFORTRIS ACQUISITION CO INC | $ 273,501.10 |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | NDA | 11/27/2024 | OMNIAPAY LLC | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MASTER SUBSCRIPTION AGREEMENT | 6/24/2024 | OPTIMIZELY, INC. | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | PAYLIANCE CF MERCHANT CARD AGREEMENT EXE 9.29.21 | 9/29/2024 | PAYLIANCE | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | SUBSCRIPTION AGREEMENT | 6/29/2024 | PING IDENTITY CORPORATION | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MASTER SERVICES AGREEMENT | CURRENT | PLAID TECHNOLOGIES, INC | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MASTER AGREEMENT | 6/1/2024 | PROLEASE | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | COMMERCIAL SCHEDULE OF PROTECTION PROPOSAL AND SALES AGREEMENT | CURRENT | PROTECTION ONE ALARM MONITORING, INC. | $ 37,116.70 |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | SOFTWARE DEVELOPMENT AGREEMENT | CURRENT | RAVEN DEVELOPMENT INC | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MARCH 2020 REPAY MASTER SERVICES AGREEMENT | 3/24/2026 | REPAY | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MERCHANT APPLICATION AND AGREEMENT | CURRENT | REPAY | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | REPUTATION.COM SERVICES AGREEMENT | 4/30/2024 | REPUTATION.COM INC | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | AGREEMENT FOR REPOSSESSION AND SKIPTRACING SERVICES | 4/14/2024 | RESOLVION, GP | $ 65,023.28 |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | SERVICES CONTRACT | 2/1/2026 | RING CENTRAL INC | $ 33,090.41 |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | SUBSCRIPTION AGREEMENT | CURRENT | SAGE SOFTWARE INC | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MARKETING CLOUD SUBSCRIPTION AGREEMENT | 12/15/2024 | SALESFORCE MARKETING CLOUD | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MASTER LICENSE AGREEMENT & SUPPLEMENTS | 12/15/2024 | SAS INSTITUTE | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | CF TESTCOMPLETE SMARTBEAR RENEWAL MARCH 2023 | 3/30/2024 | SMARTBEAR SOFTWARE INC | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036X | 2020-12-17 SMARTBEAR RENEWAL | 2/21/2024 | SMARTBEAR SOFTWARE INC | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | CROSS BROWSER TESTING | 9/30/2024 | SMARTBEAR SOFTWARE INC | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | LOAD NINJA LICENSE AND MAINTENANCE AGREEMENT | 8/8/2024 | SMARTBEAR SOFTWARE INC | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | BITBAR RENEWAL | 9/27/2024 | SMARTBEAR SOFTWARE INC | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MARKETING RESPONSE SOLUTIONS ENTERPRISE AGREEMENT | 11/17/2024 | SOLUTIONS BY TEXT LLC | $ - |

4859-4799-8389.1

| Debtor | Debtor Case | Contract Description | Term Remaining | Contract Counterparty | Cure Amount |
|---|---|---|---|---|---|
| Cottonwood Financial Administrative Services, LLC | 24-80036 | Q3 2023 SUBSCRIPTION AGREEMENT | 7/31/2024 | SOLUTIONS BY TEXT LLC | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | SPRING LAUNCH PARTNER PROGRAM CONSUMER LENDING MEMBER AGREEMENT EFF 09.25.19 | CURRENT | SPRING LABS | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MASTER PURCHASING AGREEMENT | CURRENT | STAPLES | $ 47,774.55 |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | COLLECTION AGENCY AGREEMENT | 3/31/2024 | SYNERGETIC COMMUNICATION INC. | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MASTER AGREEMENT FOR CONSUMER INFORMATION SERVICES | 11/15/2024 | TELETRACK | $ 158,568.22 |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | ELECTRONIC LIEN AND TITLE PROGRAM SERVICE LEVEL AGREEMENT | CURRENT | TEXAS DEPARTMENT OF MOTOR VEHICLES | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | PRINTERS AS A SERVICE AGREEMENT EFF. 9.1.21 | CURRENT | THE STEWART ORGANIZATION INC | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036X | TOKENEX 2021 AGREEMENT | 11/11/2022 | TOKENEX | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MASTER AGREEMENT FOR CONSUMER REPORTING AND ANCILLARY SERVICES | 7/18/2024 | TRANS UNION LLC | $ 491,780.78 |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | TSD PROFESSIONAL SERVICES AGREEMENT 12.11.20 | CURRENT | TSD SERVICES LTD | $ 58,869.68 |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | ACCOUNT VERIFICATION SERVICE AND LICENSE AGREEMENT | 9/23/2025 | VALID SYSTEMS | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MASTER SERVICES AGREEMENT | CURRENT | VALUKODA LLC | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | SOFTWARE SUBSCRIPTION | 3/5/2026 | VENMINDER INC | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | LEGAL DEDICATED RESOURCEAGREEMENT COTTONWOOD FINAL | CURRENT | VERGENT LMS INC | $ 133,113.15 |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | EULA EFF. 02.24.22 | 9/1/2024 | VERGENT LMS INC | $ 98,044.43 |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | WONDERLIC ANNUAL RENEWAL INVOICE 2023-2024 | 3/18/2024 | WONDERLIC INC | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | XEROX/FP 20201 CONTRACT | 8/11/2026 | XEROX/FP FINANCE | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | Confidentiality and Non-solicitation Agreements | Various | All Employees | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | Agreement of Employment | Various | All Employees | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | Retention Bonus Agreement* | Various | Beth Coggshall | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | Retention Bonus Agreement* | Various | Lacey Hillman | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | Retention Bonus Agreement* | Various | Jarrod Buddin | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | Retention Bonus Agreement* | Various | Cynthia Yepiz | $ - |

| Debtor | Debtor Case | Contract Description | Term Remaining | Contract Counterparty | Cure Amount |
|---|---|---|---|---|---|
| Cottonwood Financial Administrative Services, LLC | 24-80036 | Retention Bonus Agreement* | Various | Ken Schultz | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | Retention Bonus Agreement* | Various | Adam Ackermann | $ - |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | Retention Bonus Agreement* | Various | Travis Crooks | $ - |
| Cottonwood Financial Idaho, LLC | 24-80037 | REAL PROPERTY LEASE: STORE 812 NAMPA, ID | 11/30/2028 | CANYON PLAZA LLC | $ - |
| Cottonwood Financial Idaho, LLC | 24-80037 | REAL PROPERTY LEASE: STORE 806 IDAHO FALLS, ID | 9/30/2028 | IDAHO FALLS RETAIL CENTER | $ - |
| Cottonwood Financial Idaho, LLC | 24-80037 | IDAHO ELT AGREEMENT AND ELT SCR - EXE 12.7.22 | CURRENT | IDAHO TRANSPORATION DEPARTMENT | $ - |
| Cottonwood Financial Idaho, LLC | 24-80037 | REAL PROPERTY LEASE: STORE 805 CALDWELL, ID | 1/31/2027 | JAMES R WYLIE | $ - |
| Cottonwood Financial Idaho, LLC | 24-80037 | REAL PROPERTY LEASE: STORE 810 BLACKFOOT, ID | 12/31/2029 | L&G HOLDINGS UTAH LLC | $ 5,595.64 |
| Cottonwood Financial Idaho, LLC | 24-80037 | REAL PROPERTY LEASE: STORE 801 POCATELLO, ID | 8/31/2026 | MMDM LLC | $ - |
| Cottonwood Financial Idaho, LLC | 24-80037 | REAL PROPERTY LEASE: STORE 804 BOISE, ID | 1/31/2025 | SHOPS ON OVERLAND 3 LLC | $ - |
| Cottonwood Financial Idaho, LLC | 24-80037 | REAL PROPERTY LEASE: STORE 807 NAMPA, ID | 10/31/2028 | SN REEVES LLC | $ - |
| Cottonwood Financial Idaho, LLC | 24-80037 | Confidentiality and Non-solicitation Agreements | Various | All Employees | $ - |
| Cottonwood Financial Idaho, LLC | 24-80037 | Agreement of Employment | Various | All Employees | $ - |
| Cottonwood Financial Ltd. | 24-80035 | MULTI-USER SOFTWARE LICENSE AND SUPPORT AGREEMENT | 3/17/2024 | ACCELERATED DATA SYSTEMS INC | $ - |
| Cottonwood Financial Ltd. | 24-80035 | FIRE-LIFE SAFETY SERVICES AGREEMENT 12-01-2020 | 12/1/2024 | COMMERCIAL FIRE LLC | $ 3,071.08 |
| Cottonwood Financial Ltd. | 24-80035 | CORPORATE PARTNER PROGRAM AGREEMENT | CURRENT | EAN SERVICES LLC | $ - |
| Cottonwood Financial Ltd. | 24-80035 | SERVICE ORDER AND AGREEMENT | CURRENT | SWIFTREACH NETWORKS INC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 733 EL PASO, TX | 9/30/2024 | 10705 GATEWAY WEST LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7507 DESOTO, TX | 12/31/2024 | 1240 WBL LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7121 ATLANTA, TX | 10/31/2028 | 203 LOOP 59 LLC | $ 4,300.42 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 717 MOUNT PLEASANT, TX | 2/28/2026 | 2305 S JEFFERSON LLC | $ 3,766.71 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7103 MCKINNEY, TX | 8/31/2028 | 380 TOWNE CROSSING LP | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7537 WAKE VILLAGE, TX | 7/31/2025 | 4404 W 7TH LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 744 AMARILLO, TX | 7/31/2024 | 45TH & COULTER LLC | $ 5,907.88 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 729 GARLAND, TX | 10/31/2028 | 5949 BROADWAY LTD | $ 11,446.96 |

| Debtor | Debtor Case | Contract Description | Term Remaining | Contract Counterparty | Cure Amount |
|---|---|---|---|---|---|
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7506 COMMERCE, TX | 7/31/2025 | AIA OF 9550 LIMITED COMPANY | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 734 ROWLETT, TX | 8/31/2024 | APITX 73 LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7510 GREENVILLE, TX | 10/31/2026 | ASHRAF ALI M NAYANI | $ 5,852.00 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 780 LEVELLAND, TX | 6/30/2024 | AUSTY LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7105 LEWISVILLE, TX | 5/31/2028 | AVATAR EQUITIES LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7110 EL PASO, TX | 7/31/2028 | BARLEY SQUARE PARTNERS, L.P. | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 763 BROWNSVILLE, TX | 6/30/2028 | BAR-YADIN FAMILY FOUNDATION | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 727 WACO, TX | 8/31/2028 | BILJO PROPERTIES II LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7183 COLLEGE STATION, TX | 1/31/2028 | BLAIR INVESTMENTS | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7200 SAN ANTONIO, TX | 10/31/2028 | BLANCO ROAD LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7143 FORT WORTH, TX | 2/29/2024 | BRIXMOR HOLDINGS 12 SPE LLC C/O BRIXMOR OPERATING PARTNERSHIP LP | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 746 BORGER, TX | 11/30/2024 | BWSC LTD | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 726 LUBBOCK, TX | 4/30/2028 | C&M ALTERNATIVE INVESTMENT INC | $ 5,809.66 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7166 EASTLAND, TX | 7/31/2024 | CENTENNIAL ENTERPRISES LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 783 HOUSTON, TX | 7/31/2028 | CFT NV DEVELOPMENTS LLC | $ 8,215.76 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 786 HOUSTON, TX | 5/31/2027 | CFT NV DEVELOPMENTS LLC | $ 7,135.76 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7187 PHARR, TX | 3/31/2024 | CHAPA BLUE LTD | $ 8,291.78 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7203 CORPUS CHRISTI, TX | 9/30/2024 | CIMARRON CROSSING SOUTH LLC | $ 11,083.34 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 785 KATY, TX | 5/31/2028 | CITADEL ASSET HOLDINGS LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 773 FORT WORTH, TX | 5/31/2024 | CITY VIEW TOWNE CROSSING | $ 9,697.23 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7520 MINEOLA, TX | 7/31/2025 | CLIFF NICHOLS ENTERPRISES | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 722 LEWISVILLE, TX | 3/31/2028 | COLONY II SHOPPING CENTER LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 760 HOUSTON, TX | 8/31/2027 | CROSBY LUPE LP | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7222 CROSBY, TX | 11/30/2027 | CROSBY PLAZA LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 796 HOUSTON, TX | 10/31/2028 | CYPRESSWOOD HNY INVESTMENT INC | $ - |

| Debtor | Debtor Case | Contract Description | Term Remaining | Contract Counterparty | Cure Amount |
|---|---|---|---|---|---|
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7504 CENTER, TX | 11/30/2025 | DAH PROPERTIES LLC | $ 3,804.22 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 716 DENTON, TX | 1/31/2025 | DENBRI SC LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7518 MCKINNEY, TX | 10/31/2024 | DENISON LP | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 799 HOUSTON, TX | 7/31/2028 | EMUNA ENTERPRISES | $ 14,840.14 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7185 TOMBALL, TX | 3/31/2028 | ENA LTD | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 790 KILLEEN, TX | 5/31/2028 | EXPRESSWAY PLAZA SHOPS LTD | $ 12,695.78 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7225 AMARILLO, TX | 9/30/2028 | FLYOVER REIT OPERATING PARTNERSHIP LP | $ 7,443.80 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 757 BAY CITY, TX | 4/30/2028 | FM BAY CITY S/C LP | $ 9,741.38 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 771 ROUND ROCK, TX | 12/31/2027 | FREEDOM CENTRE PROPERTIES LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 767 FRISCO, TX | 2/29/2028 | FRISCO PRIMELAND REALTY LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7503 CARTHAGE, TX | 7/31/2025 | GARCIA, CHRISTINA & RENE | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 720 TERRELL, TX | 1/31/2028 | GEORGE G BROWN REAL ESTATE LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 750 GARLAND, TX | 11/30/2024 | GR ASSOCIATES LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7192 QUINLAN, TX | 5/31/2029 | GRAND PROPERTIES LP | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 766 FORNEY, TX | 12/31/2027 | GRAND REAL PROPERTY LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7181 HELOTES, TX | 5/31/2024 | GV HELOTES TOWN CENTER LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7142 PASADENA, TX | 7/31/2024 | HAAZ INVESTMENT LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7177 SPRING, TX | 2/29/2028 | HANNOVER REALTY PARTNERS LTD | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7508 GILMER, TX | 7/31/2024 | HENSON SISTERS TRUST LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7176 KYLE, TX | 7/31/2028 | IVT KYLE MARKETPLACE LLC<br>C/O INVENTRUST PROPERTIES CORP | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7174 BROWNWOOD, TX | 4/30/2027 | JAY BILL ENTERPRISES | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7502 CANTON, TX | 3/31/2025 | JB DFW 3 LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 743 CARROLLTON, TX | 1/31/2027 | JGEP INVESTMENTS INC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 758 TYLER, TX | 11/30/2027 | JIWANIS LEGACY LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 756 LUBBOCK, TX | 9/30/2027 | JPMC 2016-C1 LUBBOCK SOUTHWEST SC II LLC | $ 10,028.36 |

| Debtor | Debtor Case | Contract Description | Term Remaining | Contract Counterparty | Cure Amount |
|---|---|---|---|---|---|
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 724 HURST, TX | 2/28/2026 | JYL FAMILY LIMITED PARTNERSHIP | $ 11,722.92 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7100 BROWNSVILLE, TX | 1/31/2029 | KIMCO BROWNSVILLE LP | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 728 EULESS, TX | 12/31/2028 | KRG EULESS, LLC C/O KITE REALTY GROUP LP | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7216 GRAPEVINE, TX | 7/31/2024 | KRG GRAPEVINE, LLC C/O KITE REALTY GROUP LP | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7231 IRVING, TX | 10/31/2028 | RPAI Irving LP | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 730 MANSFIELD, TX | 3/31/2028 | KRG MANSFIELD, LLC C/O KITE REALTY GROUP LP | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 710 SHERMAN, TX | 3/31/2028 | KM SHERMAN TOWN CENTER LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 779 TOMBALL, TX | 4/30/2028 | KM-TS SPRING CYPRESSLLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 702 SAN ANGELO, TX | 7/31/2025 | KNICKERBOCKER SQUARE LTD | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7198 KAUFMAN, TX | 9/30/2024 | L3 PATRIOT CENTER KAUFMAN LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7511 HENDERSON, TX | 7/31/2024 | LEE COWAN | $ 5,250.00 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7119 PLANO, TX | 11/30/2028 | LUBY, CAROL ANN | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7123 NEW BRAUNFELS, TX | 6/30/2029 | MAGOON FAMILY LLC | $ 11,764.78 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7189 CORPUS CHRISTI, TX | 7/31/2028 | MAHZ INVESTMENT LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7165 EL PASO, TX | 3/31/2026 | MALOOLY KIDS INVESTMENTS LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7516 LUFKIN, TX | 7/31/2024 | MAURICE VINCENT | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7171 EL PASO, TX | 12/31/2033 | MCG II INVESTMENTS INC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7519 MCKINNEY, TX | 12/31/2024 | MCKINNEY GROWTH I LP | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7152 BOERNE, TX | 8/31/2026 | MENGER-MUELLER LP | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 737 FORT WORTH, TX | 6/30/2027 | NATIONAL PRIME COMMERCIAL LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7512 JACKSONVILLE, TX | 7/31/2025 | NTVMEV LLC | $ 3,863.72 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7195 TEXARKANA, TX | 9/30/2028 | PAF CORPORATION | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 719 GAINESVILLE, TX | 1/31/2029 | PAGA LTD | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7115 PARIS, TX | 7/31/2028 | PARIS COMMERCIAL LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 705 BIG SPRING, TX | 4/30/2025 | PATSCHKE BIG SPRINGS CROSSING LLC | $ 12,615.76 |

4859-4799-8389.1

| Debtor | Debtor Case | Contract Description | Term Remaining | Contract Counterparty | Cure Amount |
|---|---|---|---|---|---:|
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 701 COPPERAS COVE | 6/30/2025 | PAUL FAMILY PROPERTIES TEXAS LLC | $ 7,312.86 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 739 WACO, TX | 6/30/2024 | PCDF LAKE AIR LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7191 FREDERICKSBURG, TX | 8/31/2024 | PLEASANTON PARTNERS LP | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7168 KATY, TX | 11/30/2026 | POINT WEST CENTER LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7534 TYLER, TX | 5/31/2025 | POLLARD HEINES A PROPERTY LLC | $ 7,900.00 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 741 PLANO, TX | 9/30/2029 | POLO TOWNE CROSSING PLANO TX LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 764 UNIVERSAL CITY, TX | 11/30/2027 | PREMIER ALAMO INVESTMENT GROUP LP | $ 16,162.38 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7505 CLARKSVILLE, TX | 9/30/2025 | PRESERVE CLARKSVILLE INC | $ 2,100.00 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7186 CONROE, TX | 10/31/2028 | PRIMERO PROPERTIES LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 725 STEPHENVILLE, TX | 5/31/2028 | PRVS HOLDINGS LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7109 WESLACO, TX | 7/31/2028 | PV RIO GRANDE LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7150 SAN JUAN, TX | 9/30/2024 | RB SAN JUAN CENTER LLC | $ 8,578.04 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 713 DENISON, TX | 2/29/2024 | RICHARD JOE RUSHING | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 732 EL PASO, TX | 12/31/2028 | RIVER OAKS PROPERTIES LTD | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7138 EDINBURG, TX | 12/31/2028 | RODCASE INC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 754 ALICE, TX | 11/30/2025 | RUPANI PROPERTIES LLC | $ 8,866.66 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7118 MARSHALL, TX | 11/30/2028 | S&D LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 762 WAXAHACHIE, TX | 4/30/2028 | SCG WAXAHACHIE CORNERS LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7199 VICTORIA, TX | 6/30/2024 | SEGUNDO ETAPA LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 745 PLAINVIEW, TX | 6/30/2025 | SFP POOL THREE SHOPPING CTR LP | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 747 BELTON, TX | 7/31/2024 | SFP POOL THREE SHOPPING CTR LP | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7196 ABILENE, TX | 3/31/2029 | SHERATON PLAZA LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 704 SAN ANGELO, TX | 10/31/2027 | SHERWOOD COMMONS LP | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 748 MIDLAND, TX | 12/31/2024 | SHIRLEY VALENZIANO | $ 10,748.12 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 768 IRVING, TX | 9/30/2027 | SLJ MANAGEMENT COMPANY LTD | $ - |

4859-4799-8389.1

| Debtor | Debtor Case | Contract Description | Term Remaining | Contract Counterparty | Cure Amount |
|---|---|---|---|---|---|
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7179 SAN ANTONIO, TX | 11/30/2027 | SOUTH COAST EXPRESS REALTY LTD | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 721 GRAND PRAIRIE, TX | 2/29/2028 | TCB GREAT SOUTHWEST LLC | $ 13,153.94 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7159 LONGVIEW, TX | 6/30/2025 | TEXAS PALM HIGHLAND LLC | $ 6,572.50 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7169 GUN BARREL CITY, TX | 11/30/2026 | TEXFLOR LLC | $ 9,458.14 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 753 ABILENE, TX | 3/31/2025 | ARG SAABITX001 LLC C/O THE NECESSITY RETAIL REIT | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: 7133X - ROCKPORT TX (WINDSWEPT VILLAGE) | 11/30/2025 | THE OAKS OF ROCKPORT VENTURE LTD | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 794 WEATHERFORD, TX | 6/30/2028 | TIDWELLYEH LLC | $ 7,422.00 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7182 BALCH SPRINGS, TX | 12/31/2027 | TKG SOUTHEAST MARKET CENTER | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7161 SAGINAW, TX | 3/31/2026 | TLA SAGINAW RE LLC | $ 6,576.90 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7144 VICTORIA, TX | 3/31/2029 | TLA VICTORIA RE LLC | $ 8,710.00 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 776 EL PASO, TX | 2/29/2028 | TOMLIN PARTNERS LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7104 DICKINSON, TX | 1/31/2029 | TPI LCTC RETAIL LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 706 WOODWAY, TX | 10/31/2025 | TRAVIS BURNET PARTNERS LP | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | AMENDED AND RESTATED BROKERING AND SERVICING AGREEMENT DATED JANUARY 1, 2023 | 12/31/2028 | TREEMAC FUNDING GROUP, LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | AMENDED AND RESTATED MASTER LETTER OF CREDIT AGREEMENT | 12/31/2028 | TREEMAC FUNDING GROUP, LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7523 NACOGDOCHES, TX | 1/31/2027 | TRENDY UNLIMITED | $ 2,979.17 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7160 PFLUGERVILLE, TX | 5/31/2026 | TSM VENTURES INC | $ 60.63 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7525 NEW BOSTON, TX | 7/31/2024 | TXPROP 1 LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7530 TEXARKANA, TX | 7/31/2024 | TXPROP 1 LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 738 TYLER, TX | 1/31/2025 | TYLER PINE TREE SHOPPING CENTER LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 709 TYLER, TX | 8/31/2025 | TYLER SOUTHPARK CENTER LP | $ 5,951.04 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 770 MISSION, TX | 12/31/2027 | VANTAGE BANK TEXAS | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 772 EL PASO, TX | 10/31/2027 | VERDE PASO PARTNERS LP | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 715 VERNON, TX | 12/31/2026 | VERNON HILLCREST LLC | $ - |

| Debtor | Debtor Case | Contract Description | Term Remaining | Contract Counterparty | Cure Amount |
|---|---|---|---|---|---|
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 781 HARKER HEIGHTS, TX | 3/31/2028 | VILLANUEVA REALTY LLC | $ 6,520.00 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 707 PAMPA, TX | 9/30/2025 | WAGNER-MCCUNN, FLORENCE | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 749 LUBBOCK, TX | 11/30/2024 | WAHIDU LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 736 CORSICANA, TX | 9/30/2024 | WALCORSI LLC | $ 7,344.74 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 742 PALESTINE, TX | 5/31/2029 | WALPAL LTD | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7178 PORTER, TX | 11/30/2027 | WESTGREEN RETAIL LP | $ 8,809.10 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7131 HOUSTON, TX | 10/31/2028 | WESTKIRK VENTURE I LTD | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7223 AZLE, TX | 2/29/2028 | WESTOVER BTBM LP | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 703 SAN ANGELO, TX | 7/31/2025 | WILLIAM W BUTLER JR | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7173 WICHITA FALLS, TX | 4/30/2027 | WILSON ESTES WILSON LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 712 ODESSA, TX | 12/31/2027 | WINWOOD SHOPPING CENTER LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 752 SEAGOVILLE, TX | 6/30/2025 | WM 47 SOUTH LLC | $ 9,803.90 |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7155 WYLIE, TX | 1/31/2025 | WOODBRIDGE WYLIE OWNER LLC | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7531 SULPHUR SPRINGS, TX | 7/31/2026 | WORSHAM, DON A | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | Confidentiality and Non-solicitation Agreements | Various | All Employees | $ - |
| Cottonwood Financial Texas, LLC | 24-80038 | Agreement of Employment | Various | All Employees | $ - |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 204 TWO RIVERS, WI | 3/31/2025 | ABSOLUTE COMMERCIAL LLC | $ - |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 210 WEST BEND, WI | 6/30/2024 | ARM MANAGEMENT LLC | $ - |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 236 BARABOO, WI | 3/31/2028 | BADGER VBC PROPERTIES LLP | $ 5,866.66 |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 203 MADISON, WI | 2/29/2028 | BONGRUM LLC | $ - |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 221 PRAIRIE DU CHIEN, WI | 10/31/2027 | WP MANAGEMENT C/O BRIDGER PROPERTY SERVICES LLC | $ - |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 251 HARTFORD, WI | 10/31/2026 | COMRECO II LLC | $ 6,496.34 |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 224 NEW RICHMOND, WI | 9/30/2024 | DERRICK DEVELOPMENT LP | $ 4,867.48 |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 211 OSHKOSH, WI | 5/31/2028 | FAIR ACRES STATION, LLC | $ - |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 202 BELOIT, WI | 2/28/2025 | FOSTER 60 LLC | $ 2,106.62 |

| Debtor | Debtor Case | Contract Description | Term Remaining | Contract Counterparty | Cure Amount |
|---|---|---|---|---|---|
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 219 PLATTEVILLE, WI | 9/30/2027 | GENESIS426 LLC | $ - |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 208 SHAWANO, WI | 7/31/2024 | HILGENBERG & ASSOCIATES, INC. | $ - |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 225 HUDSON, WI | 6/30/2027 | HUDSON MARKETPLACE LLC | $ - |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | IA_ELT APPLICATION - EXE 12.8.22 | 12/8/2024 | IOWA DEPARTMENT OF TRANSPORATION | $ - |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 207 GREEN BAY, WI | 5/31/2027 | IPANEMA GREEN BAY LLC | $ 5,697.04 |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 213 NEENAH, WI | 12/31/2028 | IREIT NEENAH FOX POINT LLC | $ - |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 209 MONROE, WI | 4/30/2025 | JAJIMMY WISCONSIN LLC | $ 7,366.00 |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 205 APPLETON, WI | 2/28/2025 | JAMES D HENSEL | $ - |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 218 RICE LAKE, WI | 12/31/2024 | KWIK TRIP, INC | $ 5,211.10 |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 234 WATERTOWN, WI | 2/28/2025 | LITTLE KIWI INVESTMENTS LLC | $ - |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 220 RICHLAND CENTER, WI | 9/30/2024 | LOWTHERBROTHERS LLC | $ - |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 212 GREEN BAY, WI | 12/31/2027 | MARKET BACELINE LLC | $ - |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 237 PLYMOUTH, WI | 4/30/2028 | MME HOLDINGS LLC | $ - |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 215 SHEBOYGAN, WI | 6/30/2025 | PJR PROPERTIES LLC | $ 9,300.00 |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | AGREEMENT FOR REPOSSESSION AND TRANSPORTATION SERVICES | CURRENT | RECKERS TOWING | $ - |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 240 KENOSHA, WI | 10/31/2028 | REI EQUITY PARTNERS IV LLC | $ - |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 226 WAUSAU, WI | 7/31/2026 | SANTIVA LLC | $ - |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 216 MONONA, WI | 6/30/2025 | SOUTH TOWNE MALL LLC | $ 4,914.22 |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 214 KIMBERLY, WI | 7/31/2028 | STORAGE UNLIMITED LLC | $ 6,619.88 |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 217 GREEN BAY, WI | 5/31/2024 | VANDERLOOP REAL ESTATE II | $ 13,228.42 |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 223 ASHLAND, WI | 9/30/2024 | VAUGHN AVENUE PROPERTIES LLC | $ - |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 233 RACINE , WI | 11/30/2025 | VILLAGE CENTER STATION LLC | $ - |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 201 SUN PRAIRIE, WI | 1/31/2025 | VN ENTERPRISES LLC | $ 4,532.32 |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 206 NEW LONDON, WI | 5/31/2028 | ZIEMAN COMMERCIAL PROPERTIES LLC | $ - |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | Confidentiality and Non-solicitation Agreements | Various | All Employees | $ - |

| Debtor | Debtor Case | Contract Description | Term Remaining | Contract Counterparty | Cure Amount |
|---|---|---|---|---|---|
| Cottonwood Financial Wisconsin, LLC | 24-80039 | Agreement of Employment | Various | All Employees | $ - |

***The Retention Bonus Agreements contemplate payment of bonuses on August 31, 2024. As of the filing of this Cure Notice, Cure Costs are $0.**