Jason S. Brookner (TX Bar No. 24033684)
Aaron M. Kaufman (TX Bar No. 24060067)
Lydia R. Webb (TX Bar No. 24083758)
**GRAY REED**
1601 Elm Street, Suite 4600
Dallas, TX 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332
Email: jbrookner@grayreed.com
  akaufman@grayreed.com
  lwebb@grayreed.com

*Counsel to the Debtors*
*and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| COTTONWOOD FINANCIAL LTD., *et al.*,[1] | ) ) ) | Case No. 24-80035 (SWE) |
| Debtors. | ) ) ) | (Jointly Administered) |

**FINAL NOTICE OF ASSUMED CONTRACTS**
**AND UNEXPIRED LEASES AND CURE AMOUNTS**

**PLEASE TAKE NOTICE** that, on April 5, 2024, pursuant to the terms of the *Order (A) Approving Bidding Procedures and Certain Bid Protections, (B) Scheduling a Bid Deadline, Auction, and Sale Hearing and Approving the Form and Manner of Notice Thereof, and (C) Approving Cure Procedures and the Form and Manner of Notice Thereof* [Docket No. 151] (the "Bidding Procedures Order"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") provided their notice (the "Cure Notice") of proposed cure amounts (each, a "Cure Amount," and collectively, the "Cure Amounts") for all contracts and leases subject to potential assumption and assignment to the successful bidder(s) at Auction. *See* Docket No. 208.

**PLEASE TAKE FURTHER NOTICE** that, on May 1, 2024, the Debtors filed an amended Cure Notice. *See Amended Notice of Executory Contracts and Unexpired Leases*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtors' federal tax identification number are as follows: Cottonwood Financial Ltd. (1001); Cottonwood Financial Administrative Services, LLC (7228); Cottonwood Financial Texas, LLC (9059); Cottonwood Financial Idaho, LLC (5651); Cottonwood Financial Wisconsin, LLC (7075). The Debtors' principal offices are located at 2100 W Walnut Hill Lane, Suite 300, Irving, TX 75038.

*Subject to Possible Assumption and Assignment and Proposed Cure Amounts* [Docket No. 245] (the "Amended Cure Notice").

**PLEASE TAKE FURTHER NOTICE** that, on May 8, 2024, the Debtors filed the Notice of Assumed Contract Schedule [Docket No. 275], which amends and supersedes the proposed Assumed Contracts and Executory Leases Schedule filed at Exhibit B to the *Notice of Designation of Successful Bidder* [Docket No. 246] (the "Notice of Assumed Contracts").

**PLEASE TAKE FURTHER NOTICE** that, on May 11, 2024, the Debtors filed the *Second Amended Notice of Executory Contracts and Unexpired Leases Subject to Possible Assumption and Assignment and Proposed Cure Amounts* [Docket No. 288] (the "Second Amended Cure Notice").

**PLEASE TAKE FURTHER NOTICE** that, on May 13, 2024, the Court entered the *Order (I) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims and Interests; and (II) Granting Related Relief* [Docket No. 301].

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as **Exhibit A** is a combined final schedule of Assumed Contracts and Unexpired Leases and Final Cure Amounts, which hereby amends and supersedes the Second Amended Cure Notice and the Notice of Assumed Contracts.

Respectfully submitted this 27th day of June, 2024.

        **GRAY REED**

        By:  *Lydia R. Webb*
            Jason S. Brookner (TX Bar No. 24033684)
            Aaron M. Kaufman (TX Bar No. 24060067)
            Lydia R. Webb (TX Bar No. 24083758)
        1601 Elm Street, Suite 4600
        Dallas, Texas 75201
        Telephone:  (214) 954-4135
        Facsimile:  (214) 953-1332
        Email:    jbrookner@grayreed.com
                    akaufman@grayreed.com
                    lwebb@grayreed.com

        *Counsel to the Debtors*
        *and Debtors in Possession*

## Certificate of Service

I certify that on June 27, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Lydia R. Webb*
Lydia R. Webb

4860-2614-1900.1

**Exhibit A**

| Debtor | Debtor Case | Contract Description | Term Remaining | Contract Counterparty | Cure Amount | Reject/Assume |
|---|---|---|---|---|---|---|
| Cottonwood Financial Administrative Services, LLC | 24-80036 | CARTON MANAGEMENT AND STORAGE AGREEMENT | 3/1/2024 | ACCESS CORPORATE | $ 14,202.43 | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MANAGED SERVICES AGREEMENT, Dated October 16, 2019 | | ADVENT TELECOM, INC | $ 817.70 | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | CONTRACT | | AMSIVE | $ 12,667.99 | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | EQUIPMENT LEASE AGREEMENT | 4/11/2024 | ASI LEASING | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | CELL PHONE CONTRACT | | AT&T MOBILITY | $ 813.04 | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | PAYLIANCE ACH CLIENT AGREEMENT (& AMENDMENTS) | 6/14/2024 | BBM ALLIANCE LLC | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | DATABASE LICENSE AGREEMENT | 7/1/2024 | BLACK BOOK | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MASTER AGREEMENT | | CONNECTWISE INC | $ 7,791.72 | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | eFAX SERVICES AGREEMENT | | CONSENSUS CLOUD SOLUTIONS | $ 722.20 | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | REPOSSESSION SERVICES AGREEMENT V5.0.1 | 1/12/2025 | CONSOLIDATED ASSET RECOVERY SYSTEM INC | $ 50.00 | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | VEHICLE AUCTION AGREEMENT | 3/7/2024 | COPART, INC. | $ 136.65 | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | EXPERIAN STANDARD TERMS AND CONDITIONS | 5/27/2024 | EXPERIAN INFORMATION SOLUTIONS | $ 163,757.82 | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MASTER SOLUTIONS AGREEMENT DATED 8/15/2022 | CURRENT | FARR GROUP HOLDINGS LLC | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MANAGED CYBERSECURITY SERVICES SOW DATED 8/15/2022 | CURRENT | FARR GROUP HOLDINGS LLC | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | COTTONWOOD SOFSOW & TERMS OF SERVICE | 1/6/2026 | FRESHWORKS INC | $ 58,958.34 | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | COLLECTION AGENCY AGREEMENT | 3/31/2024 | GLASS MOUNTAIN CAPITAL LLC | $ - | Assume |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | Google Advertising Service Agreement number 018183479537285 | | GOOGLE, INC | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | Google Advertising Service Agreement number 333265102229980 | | GOOGLE, INC | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | Addendum to Google Terms of Service, dated as of April 19, 2012 | | GOOGLE, INC | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | GENERAL CONTRACT FOR SERVICES | 5/6/2024 | HIGH COTTON | $ 11,806.95 | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MASTER LICENSE AND SERVICES AGREEMENT | 10/5/2024 | IMPERVA INCAPSULA INC. | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | CONTENT MANAGEMENT | 7/29/2024 | KENTICO SOFTWARE LLC | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | COLLECTION AGENCY AGREEMENT 2023/2024 | 3/31/2024 | KOHN LAW FIRM S.C | $ 111,328.52 | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | LN FCRA APPLICATION & AGREEMENT | 8/1/2024 | LEXISNEXIS RISK DATA MANAGEMENT INC | $ 118,212.27 | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MICROBILT USER LICENSE AGREEMENT | 8/9/2024 | MICROBILT CORPORATION | $ 67,188.03 | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | Business Agreement: U4464949 | | MICROSOFT CORPORATION | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | Master Agreement: E0254903 | | MICROSOFT CORPORATION | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | Enrollment: 70392860 | | MICROSOFT CORPORATION | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MIMEO CUSTOMER SERVICES AGREEMENT EXECUTED 3.9.20 | 3/2/2024 | MIMEO | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | INFORMATION SERVICES SUPPLEMENT | CURRENT | NETFORTRIS ACQUISITION CO INC | $ 355,250.16 | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | PAYLIANCE CF MERCHANT CARD AGREEMENT EXE 9.29.21 | 9/29/2024 | PAYLIANCE CARD SERVICES | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80037 | PAYLIANCE eCHECK AGREEMENT | CURRENT | PAYLIANCE, INC. | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80038 | PAYLIANCE ACH CLIENT AGREEMENT (& AMENDMENTS), DATED 3/23/15 | CURRENT | PAYLIANCE, INC. | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MASTER SERVICES AGREEMENT | CURRENT | PLAID TECHNOLOGIES, INC | $ 3,346.08 | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | COMMERCIAL SCHEDULE OF PROTECTION PROPOSAL AND SALES AGREEMENT | CURRENT | PROTECTION ONE ALARM MONITORING, INC. | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | SOFTWARE DEVELOPMENT AGREEMENT | CURRENT | RAVEN DEVELOPMENT INC | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80035 | MERCHANT ADDITIONAL OUTLET APPLICATION, dba TEXAS | CURRENT | REPAY | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MERCHANT ADDITIONAL OUTLET APPLICATION, dba Wisconsin | CURRENT | REPAY | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MERCHANT ADDITIONAL OUTLET APPLICATION, dba Idaho | CURRENT | REPAY | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MARCH 2020 REPAY MASTER SERVICES AGREEMENT | 3/24/2026 | REPAY | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MERCHANT APPLICATION AND AGREEMENT | CURRENT | REPAY | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | REPUTATION.COM SERVICES AGREEMENT | 4/30/2024 | REPUTATION.COM INC | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | AGREEMENT FOR REPOSSESSION AND SKIPTRACING SERVICES | 4/14/2024 | RESOLVION, GP | $ 65,023.28 | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | SERVICES CONTRACT | 2/1/2026 | RING CENTRAL INC | $ 282,768.01 | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | SUBSCRIPTION AGREEMENT ORDER SCHEDULE, DATED 9/27/23 | CURRENT | SAGE INTACCT, INC | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MASTER LICENSE AGREEMENT & SUPPLEMENTS | 12/15/2024 | SAS INSTITUTE | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | ORDER FORM, DATED 12/7/21 | CURRENT | SMARTBEAR SOFTWARE INC | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | ORDER FORM TESTCOMPLETE WEB MODULE 4/30/21 | CURRENT | SMARTBEAR SOFTWARE INC | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | ORDER FORM TESTCOMPLETE WEB MODULE 12/14/22 | CURRENT | SMARTBEAR SOFTWARE INC | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | ORDER FORM TESTCOMPLETE WEB MODULE 2/11/20 | CURRENT | SMARTBEAR SOFTWARE INC | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | ORDER FORM TESTCOMPLETE WEB MODULE 7/18/22 | CURRENT | SMARTBEAR SOFTWARE INC | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | ORDER FORM TESTCOMPLETE WEB MODULE 8/31/21 | CURRENT | SMARTBEAR SOFTWARE INC | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | CROSSBROWSER TESTING UNLIMITED - ANNUAL SUBSCRIPTION | CURRENT | SMARTBEAR SOFTWARE INC | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | CF TESTCOMPLETE SMARTBEAR RENEWAL MARCH 2023 | 3/30/2024 | SMARTBEAR SOFTWARE INC | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | 2020-12-17 SMARTBEAR RENEWAL | 2/21/2024 | SMARTBEAR SOFTWARE INC | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | CROSS BROWSER TESTING | 9/30/2024 | SMARTBEAR SOFTWARE INC | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | LOAD NINJA LICENSE AND MAINTENANCE AGREEMENT | 8/8/2024 | SMARTBEAR SOFTWARE INC | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | BITBAR RENEWAL | 9/27/2024 | SMARTBEAR SOFTWARE INC | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MARKETING RESPONSE SOLUTIONS ENTERPRISE AGREEMENT | 11/17/2024 | SOLUTIONS BY TEXT LLC | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | Q3 2023 SUBSCRIPTION AGREEMENT | 7/31/2024 | SOLUTIONS BY TEXT LLC | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | SPRING LAUNCH PARTNER PROGRAM CONSUMER LENDING MEMBER AGREEMENT EFF 09.25.19 | CURRENT | SPRING LABS | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | COLLECTION AGENCY AGREEMENT | 3/31/2024 | SYNERGETIC COMMUNICATION INC. | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | ELECTRONIC LIEN AND TITLE PROGRAM SERVICE LEVEL AGREEMENT | CURRENT | TEXAS DEPARTMENT OF MOTOR VEHICLES | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | PRINTERS AS A SERVICE AGREEMENT EFF. 9.1.21 | CURRENT | THE STEWART ORGANIZATION INC | $ 58,769.56 | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MASTER AGREEMENT FOR CONSUMER REPORTING AND ANCILLARY SERVICES | 7/18/2024 | TRANS UNION LLC | $ 601,524.51 | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | Statement of work for Shafique Kassam | CURRENT | VALUKODA LLC | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | MASTER SERVICES AGREEMENT | | VALUKODA LLC | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | STATEMENT OF WORK FOR CIO SERVICES | CURRENT | VALUKODA LLC | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | SERVICES AGREEMENT | | WCI DATA SOLUTIONS | $ - | ASSUME |
| Cottonwood Financial Administrative Services, LLC | 24-80036 | XEROX/FP 20201 CONTRACT | 8/11/2026 | XEROX/FP FINANCE | $ - | ASSUME |
| Cottonwood Financial Ltd. | 24-80036 | Shredding and Electronic Waste Management Agreement | | Renewed Solutions | $ 7,060.17 | ASSUME |

| Debtor | Debtor Case | Contract Description | Term Remaining | Contract Counterparty | Cure Amount | Reject Assume |
|---|---|---|---|---|---|---|
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7123 NEW BRAUNFELS, TX | 6/30/2029 | MAGOON FAMILY LLC | $ 19,014.00 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 764 UNIVERSAL CITY, TX | 11/30/2027 | PREMIER ALAMO INVESTMENT GROUP LP | $ 17,318.14 | ASSUME |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 226 WAUSAU, WI | 7/31/2026 | SANTIVA LLC | $ 16,847.07 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 799 HOUSTON, TX | 7/31/2028 | EMUNA ENTERPRISES | $ 11,130.11 | ASSUME |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 217 GREEN BAY, WI | 5/31/2024 | VANDERLOOP REAL ESTATE II | $ 13,228.42 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 790 KILLEEN, TX | 5/31/2028 | EXPRESSWAY PLAZA SHOPS LTD | $ 8,506.18 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 705 BIG SPRING, TX | 4/30/2025 | PATSCHKE BIG SPRINGS CROSSING LLC | $ 6,307.88 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 724 HURST, TX | 2/28/2026 | JYL FAMILY LIMITED PARTNERSHIP | $ 10,000.00 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7203 CORPUS CHRISTI, TX | 9/30/2024 | CIMARRON CROSSING SOUTH LLC | $ 5,541.00 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 748 MIDLAND, TX | 12/31/2024 | SHIRLEY VALENZIANO | $ 5,374.06 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 756 LUBBOCK, TX | 9/30/2027 | JPMC 2016-C1 LUBBOCK SOUTHWEST SC II LLC | $ 10,028.36 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 752 SEAGOVILLE, TX | 6/30/2025 | WM 47 SOUTH LLC | $ 2,941.17 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 757 BAY CITY, TX | 4/30/2028 | FM BAY CITY S/C LP | $ 2,922.42 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 773 FORT WORTH, TX | 5/31/2024 | CITY VIEW TOWNE CROSSING | $ 9,697.23 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7169 GUN BARREL CITY, TX | 11/30/2026 | TEXFLOR LLC | $ 9,458.14 | ASSUME |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 215 SHEBOYGAN, WI | 6/30/2025 | PJR PROPERTIES LLC | $ 5,000.00 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 754 ALICE, TX | 11/30/2025 | RUPANI PROPERTIES LLC | $ 4,433.33 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7178 PORTER, TX | 11/30/2027 | WESTGREEN RETAIL LP | $ 8,809.10 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7144 VICTORIA, TX | 3/31/2029 | TLA VICTORIA RE LLC | $ 8,710.00 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7150 SAN JUAN, TX | 9/30/2024 | RB SAN JUAN CENTER LLC | $ 5,000.00 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7187 PHARR, TX | 3/31/2024 | CHAPA BLUE LTD | $ 4,145.89 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7534 TYLER, TX | 5/31/2025 | POLLARD HEINES A PROPERTY LLC | $ 7,900.00 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7225 AMARILLO, TX | 9/30/2028 | FLYOVER REIT OPERATING PARTNERSHIP LP | $ 3,721.90 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 794 WEATHERFORD, TX | 6/30/2028 | TIDWELLYEH LLC | $ 7,422.00 | ASSUME |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 209 MONROE, WI | 4/30/2025 | JAJIMMY WISCONSIN LLC | $ 3,683.00 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 736 CORSICANA, TX | 9/30/2024 | WALCORSI LLC | $ 3,672.37 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 701 COPPERAS COVE | 6/30/2025 | PAUL FAMILY PROPERTIES TEXAS LLC | $ 7,312.86 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 786 HOUSTON, TX | 5/31/2027 | CFT NV DEVELOPMENTS LLC | $ 7,135.76 | ASSUME |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 214 KIMBERLY, WI | 7/31/2028 | STORAGE UNLIMITED LLC | $ 3,309.94 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7161 SAGINAW, TX | 3/31/2026 | TLA SAGINAW RE LLC | $ 6,576.90 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7159 LONGVIEW, TX | 6/30/2025 | TEXAS PALM HIGHLAND LLC | $ 3,286.25 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 781 HARKER HEIGHTS, TX | 3/31/2028 | VILLANUEVA REALTY LLC | $ 6,520.00 | ASSUME |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 251 HARTFORD, WI | 10/31/2026 | COMRECO II LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 744 AMARILLO, TX | 7/31/2024 | 45TH & COULTER LLC | $ - | ASSUME |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 236 BARABOO, WI | 3/31/2028 | BADGER VBC PROPERTIES LLP | $ 5,866.66 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7510 GREENVILLE, TX | 10/31/2026 | ASHRAF ALI M NAYANI | $ 5,852.00 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 726 LUBBOCK, TX | 4/30/2028 | C&M ALTERNATIVE INVESTMENT INC | $ 5,809.66 | ASSUME |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 207 GREEN BAY, WI | 5/31/2027 | IPANEMA GREEN BAY LLC | $ 5,697.04 | ASSUME |
| Cottonwood Financial Idaho, LLC | 24-80037 | REAL PROPERTY LEASE: STORE 810 BLACKFOOT, ID | 12/31/2029 | L&G HOLDINGS UTAH LLC | $ 2,797.82 | ASSUME |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 218 RICE LAKE, WI | 12/31/2024 | KWIK TRIP, INC | $ 4,000.00 | ASSUME |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 216 MONONA, WI | 6/30/2025 | SOUTH TOWNE MALL LLC | $ 4,914.22 | ASSUME |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 224 NEW RICHMOND, WI | 9/30/2024 | DERRICK DEVELOPMENT LP | $ 2,433.74 | ASSUME |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 201 SUN PRAIRIE, WI | 1/31/2025 | VN ENTERPRISES LLC | $ 4,532.32 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7121 ATLANTA, TX | 10/31/2028 | 203 LOOP 59 LLC | $ 4,300.42 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7512 JACKSONVILLE, TX | 7/31/2025 | NTVMEV LLC | $ 2,800.00 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7504 CENTER, TX | 11/30/2025 | DAH PROPERTIES LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 717 MOUNT PLEASANT, TX | 2/28/2026 | 2305 S JEFFERSON LLC | $ 3,766.71 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7523 NACOGDOCHES, TX | 1/31/2027 | TRENDY UNLIMITED | $ 1,489.59 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 760 HOUSTON, TX | 8/31/2027 | CROSBY LUPE LP | $ 2,783.33 | ASSUME |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 202 BELOIT, WI | 2/28/2025 | FOSTER 60 LLC | $ 2,106.62 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7505 CLARKSVILLE, TX | 9/30/2025 | PRESERVE CLARKSVILLE INC | $ 1,050.00 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 703 SAN ANGELO, TX | 7/31/2025 | WILLIAM W BUTLER JR | $ 1,812.30 | ASSUME |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 213 NEENAH, WI | 12/31/2028 | IREIT NEENAH FOX POINT LLC | $ 1,695.23 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7186 CONROE, TX | 10/31/2028 | PRIMERO PROPERTIES LLC | $ 299.34 | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7160 PFLUGERVILLE, TX | 5/31/2026 | TSM VENTURES INC | $ 60.63 | ASSUME |
| Cottonwood Financial Idaho, LLC | 24-80037 | REAL PROPERTY LEASE: STORE 805 CALDWELL, ID | 1/31/2027 | JAMES R WYLIE | $ - | ASSUME |
| Cottonwood Financial Idaho, LLC | 24-80037 | REAL PROPERTY LEASE: STORE 801 POCATELLO, ID | 8/31/2026 | MMDM LLC | $ - | ASSUME |
| Cottonwood Financial Idaho, LLC | 24-80037 | REAL PROPERTY LEASE: STORE 804 BOISE, ID | 1/31/2025 | SHOPS ON OVERLAND 3 LLC | $ - | ASSUME |
| Cottonwood Financial Idaho, LLC | 24-80037 | REAL PROPERTY LEASE: STORE 807 NAMPA, ID | 10/31/2028 | SN REEVES LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 733 EL PASO, TX | 9/30/2024 | 10705 GATEWAY WEST LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7507 DESOTO, TX | 12/31/2024 | 1240 WBL LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7537 WAKE VILLAGE, TX | 7/31/2025 | 4404 W 7TH LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7506 COMMERCE, TX | 7/31/2025 | AIA OF 9550 LIMITED COMPANY | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 734 ROWLETT, TX | 8/31/2024 | APITX 73 LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 780 LEVELLAND, TX | 6/30/2024 | AUSTY LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7110 EL PASO, TX | 7/31/2028 | BARLEY SQUARE PARTNERS, L.P. | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 763 BROWNSVILLE, TX | 6/30/2028 | BAR-YADIN FAMILY FOUNDATION | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7183 COLLEGE STATION, TX | 1/31/2028 | BLAIR INVESTMENTS | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7200 SAN ANTONIO, TX | 10/31/2028 | BLANCO ROAD LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 746 BORGER, TX | 11/30/2024 | BWSC LTD | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7166 EASTLAND, TX | 7/31/2024 | CENTENNIAL ENTERPRISES LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 785 KATY, TX | 5/31/2028 | CITADEL ASSET HOLDINGS LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7520 MINEOLA, TX | 7/31/2025 | CLIFF NICHOLS ENTERPRISES | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 722 LEWISVILLE, TX | 3/31/2028 | COLONY II SHOPPING CENTER LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7222 CROSBY, TX | 11/30/2027 | CROSBY PLAZA LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 796 HOUSTON, TX | 10/31/2028 | CYPRESSWOOD HNY INVESTMENT INC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 716 DENTON, TX | 1/31/2025 | DENBRI SC LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7518 MCKINNEY, TX | 10/31/2024 | DENISON LP | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 771 ROUND ROCK, TX | 12/31/2027 | FREEDOM CENTRE PROPERTIES LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 767 FRISCO, TX | 2/29/2028 | FRISCO PRIMELAND REALTY LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7503 CARTHAGE, TX | 7/31/2025 | GARCIA, CHRISTINA & RENE | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 720 TERRELL, TX | 1/31/2028 | GEORGE G BROWN REAL ESTATE LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7192 QUINLAN, TX | 5/31/2029 | GRAND PROPERTIES LP | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 766 FORNEY, TX | 12/31/2027 | GRAND REAL PROPERTY LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7181 HELOTES, TX | 5/31/2024 | GV HELOTES TOWN CENTER LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7142 PASADENA, TX | 7/31/2024 | HAAZ INVESTMENT LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7177 SPRING, TX | 2/29/2028 | HANNOVER REALTY PARTNERS LTD | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7508 GILMER, TX | 7/31/2024 | HENSON SISTERS TRUST LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7176 KYLE, TX | 7/31/2028 | IVT KYLE MARKETPLACE LLCC/O INVENTRUST PROPERTIES CORP | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7174 BROWNWOOD, TX | 4/30/2027 | JAY BILL ENTERPRISES | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7502 CANTON, TX | 3/31/2025 | JB DFW 3 LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 743 CARROLLTON, TX | 1/31/2027 | JGEP INVESTMENTS INC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 758 TYLER, TX | 11/30/2027 | JIWANIS LEGACY LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7100 BROWNSVILLE, TX | 1/31/2029 | KIMCO BROWNSVILLE LP | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7216 GRAPEVINE, TX | 7/31/2024 | KRG GRAPEVINE, LLCC/O KITE REALTY GROUP LP | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 730 MANSFIELD, TX | 3/31/2028 | KRG MANSFIELD, LLCC/O KITE REALTY GROUP LP | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 779 TOMBALL, TX | 4/30/2028 | KM-TS SPRING CYPRESSLLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 702 SAN ANGELO, TX | 7/31/2025 | KNICKERBOCKER SQUARE LTD | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7119 PLANO, TX | 11/30/2028 | LUBY, CAROL ANN | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7189 CORPUS CHRISTI, TX | 7/31/2028 | MAHZ INVESTMENT LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7165 EL PASO, TX | 3/31/2026 | MALOOLY KIDS INVESTMENTS LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7516 LUFKIN, TX | 7/31/2024 | MAURICE VINCENT | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7171 EL PASO, TX | 12/31/2033 | MCG II INVESTMENTS INC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7519 MCKINNEY, TX | 12/31/2024 | MCKINNEY GROWTH I LP | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7152 BOERNE, TX | 8/31/2026 | MENGER-MUELLER LP | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 737 FORT WORTH, TX | 6/30/2027 | NATIONAL PRIME COMMERCIAL LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7195 TEXARKANA, TX | 9/30/2028 | PAF CORPORATION | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 719 GAINESVILLE, TX | 1/31/2029 | PAGA LTD | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7115 PARIS, TX | 7/31/2028 | PARIS COMMERCIAL LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 739 WACO, TX | 6/30/2024 | PCDF LAKE AIR LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7191 FREDERICKSBURG, TX | 8/31/2024 | PLEASANTON PARTNERS LP | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7168 KATY, TX | 11/30/2026 | POINT WEST CENTER LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 741 PLANO, TX | 9/30/2029 | POLO TOWNE CROSSING PLANO TX LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 725 STEPHENVILLE, TX | 5/31/2028 | PRVS HOLDINGS LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7109 WESLACO, TX | 7/31/2028 | PV RIO GRANDE LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 713 DENISON, TX | 2/29/2024 | RICHARD JOE RUSHING | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 732 EL PASO, TX | 12/31/2028 | RIVER OAKS PROPERTIES LTD | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7138 EDINBURG, TX | 12/31/2028 | RODCASE INC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7118 MARSHALL, TX | 11/30/2028 | S&D LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 762 WAXAHACHIE, TX | 4/30/2028 | SCG WAXAHACHIE CORNERS LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7199 VICTORIA, TX | 6/30/2024 | SEGUNDO ETAPA LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 745 PLAINVIEW, TX | 6/30/2025 | SFP POOL THREE SHOPPING CTR LP | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 747 BELTON, TX | 7/31/2024 | SFP POOL THREE SHOPPING CTR LP | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7196 ABILENE, TX | 3/31/2029 | SHERATON PLAZA LLC | $ - | ASSUME |

| Debtor | Case No. | Description | Date | Counterparty | Amount | Action |
|---|---|---|---|---|---|---|
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 704 SAN ANGELO, TX | 10/31/2027 | SHERWOOD COMMONS LP | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 768 IRVING, TX | 9/30/2027 | SLJ MANAGEMENT COMPANY LTD | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7179 SAN ANTONIO, TX | 11/30/2027 | SOUTH COAST EXPRESS REALTY LTD | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 753 ABILENE, TX | 3/31/2025 | ARG SAABITX001 LLCC/O THE NECESSITY RETAIL REIT | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7182 BALCH SPRINGS, TX | 12/31/2027 | TKG SOUTHEAST MARKET CENTER | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 776 EL PASO, TX | 2/29/2028 | TOMLIN PARTNERS LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7104 DICKINSON, TX | 1/31/2029 | TPI LCTC RETAIL LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 706 WOODWAY, TX | 10/31/2025 | TRAVIS BURNET PARTNERS LP | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7525 NEW BOSTON, TX | 7/31/2024 | TXPROP 1 LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7530 TEXARKANA, TX | 7/31/2024 | TXPROP 1 LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 738 TYLER, TX | 1/31/2025 | TYLER PINE TREE SHOPPING CENTER LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 770 MISSION, TX | 12/31/2027 | VANTAGE BANK TEXAS | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 772 EL PASO, TX | 10/31/2027 | VERDE PASO PARTNERS LP | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 707 PAMPA, TX | 9/30/2025 | WAGNER-MCCUNN, FLORENCE | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 749 LUBBOCK, TX | 11/30/2024 | WAHIDU LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 742 PALESTINE, TX | 5/31/2029 | WALPAL LTD | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7223 AZLE, TX | 2/29/2028 | WESTOVER BTBM LP | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7173 WICHITA FALLS, TX | 4/30/2027 | WILSON ESTES WILSON LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 712 ODESSA, TX | 12/31/2027 | WINWOOD SHOPPING CENTER LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7155 WYLIE, TX | 1/31/2025 | WOODBRIDGE WYLIE OWNER LLC | $ - | ASSUME |
| Cottonwood Financial Texas, LLC | 24-80038 | REAL PROPERTY LEASE: STORE 7531 SULPHUR SPRINGS, TX | 7/31/2026 | WORSHAM, DON A | $ - | ASSUME |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 204 TWO RIVERS, WI | 3/31/2025 | ABSOLUTE COMMERCIAL LLC | $ - | ASSUME |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 210 WEST BEND, WI | 6/30/2024 | ARM MANAGEMENT LLC | $ - | ASSUME |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 211 OSHKOSH, WI | 5/31/2028 | FAIR ACRES STATION, LLC | $ - | ASSUME |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 208 SHAWANO, WI | 7/31/2024 | HILGENBERG & ASSOCIATES, INC. | $ - | ASSUME |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 225 HUDSON, WI | 6/30/2027 | HUDSON MARKETPLACE LLC | $ - | ASSUME |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 205 APPLETON, WI | 2/28/2025 | JAMES D HENSEL | $ - | ASSUME |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 220 RICHLAND CENTER, WI | 9/30/2024 | LOWTHERBROTHERS LLC | $ - | ASSUME |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 212 GREEN BAY, WI | 12/31/2027 | MARKET BACELINE LLC | $ - | ASSUME |
| Cottonwood Financial Wisconsin, LLC | 24-80039 | REAL PROPERTY LEASE: STORE 240 KENOSHA, WI | 10/31/2028 | REI EQUITY PARTNERS IV LLC | $ - | ASSUME |