Jason S. Brookner (TX Bar No. 24033684)
Aaron M. Kaufman (TX Bar No. 24060067)
Lydia R. Webb (TX Bar No. 24083758)
**GRAY REED**
1601 Elm Street, Suite 4600
Dallas, TX 75201
Telephone:   (214) 954-4135
Facsimile:   (214) 953-1332
Email:   jbrookner@grayreed.com
    akaufman@grayreed.com
    lwebb@grayreed.com

*Counsel to the Debtors
and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| COTTONWOOD FINANCIAL LTD., *et al.*,[1] | § § § | Case No. 24-80035 (SWE) |
| Debtors. | § § § | (Jointly Administered) |

**NOTICE OF ENTRY OF CONFIRMATION ORDER AND EFFECTIVE
DATE OF THE DEBTORS' JOINT CHAPTER 11 PLAN OF LIQUIDATION**

**TO ALL CREDITORS, EQUITY INTEREST HOLDERS, AND OTHER PARTIES-IN-INTEREST**:

**PLEASE TAKE NOTICE** that on February 25, 2024 (the "Petition Date"), the above captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases") with the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court").

**PLEASE TAKE NOTICE** that on August 7, 2024, the Bankruptcy Code entered its *Findings of Fact, Conclusions of Law, and Order (I) Approving Disclosure Statement on a Final Basis and (II) Confirming Debtors' Joint Chapter 11 Plan of Liquidation* [Docket No. 414] (the "Confirmation Order"), which confirmed the *Joint Chapter 11 Plan of Liquidation* [originally appearing at Docket No. 353, with final solicitation version appearing at Docket No. 375] (as

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtors' federal tax identification number are as follows: Cottonwood Financial Ltd. (1001); Cottonwood Financial Administrative Services, LLC (7228); Cottonwood Financial Texas, LLC (9059); Cottonwood Financial Idaho, LLC (5651); Cottonwood Financial Wisconsin, LLC (7075). The Debtors' principal offices are located at 2100 W Walnut Hill Lane, Suite 300, Irving, TX 75038.

amended, modified, or supplemented from time to time, the "<u>Plan</u>").[2] Copies of the Plan and the Confirmation Order may be obtained free of charge from the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/case/cottonwoodfinancial/info, or by contacting the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan (as defined in the Plan) occurred on August 22, 2024.

**PLEASE TAKE FURTHER NOTICE** that September 19, 2024 (the "<u>Administrative Claims Bar Date</u>") is the deadline by which (i) holders of Administrative Claims, including holders of Professional Fee Claims, must file all requests for payment of Administrative Claims and final applications for payment of fees and reimbursement of expenses.

**PLEASE TAKE FURTHER NOTICE** that all requests for payment of Administrative Claims must be filed with the Bankruptcy Court and served on the Debtors and their undersigned counsel, and must, at a minimum, set forth (i) the name of applicant; (ii) the amount of the Administrative Claim; and (iii) the basis for the Administrative Claim. All requests for payment of Professional Fee Claims must comply with the applicable provisions of the Bankruptcy Code, Bankruptcy Rules and Local Rules and orders of the Bankruptcy Court. A failure to file any such request in a timely fashion will result in the Administrative Claim or Professional Fee Claim in question being discharged and its holder forever barred from asserting such Administrative Claim or Professional Fee Claim against the Debtors or any other Person.

Respectfully submitted this 22nd day of August, 2024.

**GRAY REED**

By: *Lydia R. Webb*
Jason S. Brookner (TX Bar No. 24033684)
Aaron M. Kaufman (TX Bar No. 24060067)
Lydia R. Webb (TX Bar No. 24083758)
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332
Email:　　jbrookner@grayreed.com
　　　　　akaufman@grayreed.com
　　　　　lwebb@grayreed.com

*Counsel to the Debtors
and Debtors in Possession*

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan or the Confirmation Order, as applicable.

4887-3151-6375

## Certificate of Service

      I certify that on August 22, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

                                    */s/ Lydia R. Webb*
                                    Lydia R. Webb

4887-3151-6375